Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Derek A. Soinski, Esq. (SBN 293747)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANTS LLC,<br><br>Debtor. | Case No.: 20-02477-LA7<br><br>**TRUSTEE'S NOTICE OF REJECTION OF LEASE FOR STORE NO. 48 (6202 E. BROADWAY BLVD., TUCSON, AZ 85711)** |

LESLIE T. GLADSTONE, chapter 7 trustee (the "**Trustee**"), submits this Notice of Rejection of Lease.

On May 14, 2020 ("**Petition Date**"), Garden Fresh Restaurants LLC ("**Debtor**") filed its petition under chapter 7 of the U.S. Bankruptcy Code. The Trustee was appointed chapter 7 trustee of Debtor's bankruptcy estate on or about the same date.

Debtor dba Sweet Tomatoes, as lessee, is party to an unexpired lease for the premises located at 6202 E. Broadway Blvd., Tucson, AZ 85711 (the "**Lease**").

Pursuant to 11 U.S.C. Section 365, the Trustee hereby rejects the Lease effective as of the Petition Date.

Dated: May 28, 2020              FINANCIAL LAW GROUP

                                 By: /s/ Christin A. Batt
                                     Christin A. Batt, Esq.
                                     Proposed Attorneys for Leslie T. Gladstone, Trustee

**PROOF OF SERVICE**

I, the undersigned, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 401 Via Del Norte, La Jolla, California 92037.

On **May 28, 2020**, I served the following document(s):

**TRUSTEE'S NOTICE OF REJECTION OF LEASE FOR STORE NO. 48 (6202 E. BROADWAY BLVD., TUCSON, AZ 85711)**

 **X**    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ( NEF )**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 28, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; dereks@flgsd.com *(Attorney for Chapter 7 Trustee)*
- George B. Blackmar    gblackmar@bpslaw.net *(Attorney for Centrum at Crossroads, Cypress Creek Associates Limited, Oakwood Plaza Limited Partnership, PK I North County Plaza LP, The Price Reit, Inc.,)*
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com *(Attorney for KGC LP)*
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; dereks@flgsd.com *(Chapter 7 Trustee)*
- Michael I. Gottfried    MGottfried@elkinskalt.com, emeza@lgbfirm.com *(Attorney for Sycamore Business Park, LLC)*
- Brian D. Huben    carolod@ballardspahr.com; hubenb@ballardspahr.com; branchd@ballardspahr.com *(Attorney for CVM Holdings, LLC, Federal Realty Investment Trust, UBS Realty Investors, LLC)*
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com; calendaring@procopio.com *(Attorney for Bear Realty, LLC)*
- Kevin P Montee    kmontee@monteefirm.com *(Attorney for Burgundy Bear, LTD)*
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; rudolph@ecf.inforuptcy.com *(Attorney for Debtor)*
- Allan D. Sarver    ads@asarverlaw.com *(Attorney for Shapell So Cal Rental Properties, LLC)*
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov, tiffany.l.carroll@usdoj.gov, abram.s.feuerstein@usdoj.gov *(Attorney for United States Trustee)*
- Derek Andrew Soinski    dereks@flgsd.com, leslieg@flgsd.com; christinb@flgsd.com; candic@flgsd.com; sandray@flgsd.com

- United States Trustee    ustp.region15@usdoj.gov *(Attorney for Chapter 7 Trustee)*
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com *(Attorney for Sycamore Business Park, LLC)*

All other interested parties in this action that are not a registered ECF User are served as follows:

 **X**         **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

JKJ Fairview, LLC
Attn: Jason Kim
2999 Bowery Ln.
San Jose, CA 95135
*Landlord*

David M. Blau, Esq.,
Clark Hill PLC
151 S. Old Woodward Avenue, Suite 20
Birmingham, MI 48009
*Attorney for Pleasant Hill Crescent Drive Investors, LLC; Vestar Best in the West Property, LLC, Vestar Bowles Crossing, LLC and Vestar DRM-OPCO, LLC*

        **by ELECTRONIC SERVICE**, by causing such document(s) to be electronically served on the interested parties in the above-referenced action and addressed as set forth below.  This transmission was reported as complete without error and a copy of the report will be maintained with the document by the sender.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 28, 2020,** at La Jolla, California.

/s/ Candi Collins
Candi Collins