| | |
|---|---|
| 1 | Leslie T. Gladstone, Esq.  (SBN 144615) |
| 2 | Christin A. Batt, Esq.  (SBN 222584) |
|   | Derek A. Soinski, Esq. (SBN 293747) |
| 3 | FINANCIAL LAW GROUP |
|   | 401 Via Del Norte |
| 4 | La Jolla, CA 92037 |
|   | Telephone: (858) 454-9887 |
| 5 | Facsimile: (858) 454-9596 |
| 6 | E-mail:  DerekS@flgsd.com |
| 7 | Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 20-02477-LA7 |
|---|---|
| GARDEN FRESH RESTAURANTS LLC, | **PROOF OF SERVICE** |
| Debtor. | |

I, the undersigned, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred.  My business address is 401 Via Del Norte, La Jolla, California 92037.

On **June 4, 2020**, I served the following document(s):

**TRUSTEE'S NOTICE OF INTENDED ACTION RE: APPROVAL OF STIPULATION RE: CARVE-OUT FROM SECURED CREDITORS AND PACA CREDITORS CLAIMS AND ALLOCATION OF PROCEEDS WITH RESPECT TO SALE OF PERSONAL PROPERTY**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE: APPROVAL OF STIPULATION RE: CARVE-OUT FROM SECURED CREDITORS AND PACA CREDITORS CLAIMS AND ALLOCATION OF PROCEEDS WITH RESPECT TO SALE OF PERSONAL PROPERTY**

**X**    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"): Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 4, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail

address(es) indicated below:

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; dereks@flgsd.com (*Attorney for Chapter 7 Trustee*)
- Christine E. Baur    christine@baurbklaw.com, admin@baurbklaw.com (*Attorney for Hedmark III, LP, Waterhouse, LLC and Westland Financial I, LLC*)
- George B. Blackmar    gblackmar@bpslaw.net (*Attorney for Centrum at Crossroads, Cypress Creek Associates Limited, Oakwood Plaza Limited Partnership, PK I North County Plaza LP, The Price Reit, Inc.,*)
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com (*Malashock 1981 Trust*)
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@gordonrees.com (*Attorney for PHL Holdings, LLC Series 1*)
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com (*Attorney for KGC LP*)
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; dereks@flgsd.com (*Chapter 7 Trustee*)
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; dereks@flgsd.com (*Attorney for Chapter 7 Trustee*)
- Thomas B. Gorrill    tgorrill@gorillalaw.com, r53431@notify.bestcase.com (*Attorney for Hoppe Properties LLC*)
- Michael I. Gottfried    MGottfried@elkinskalt.com, emeza@lgbfirm.com (*Attorney for Sycamore Business Park, LLC*)
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com (*Attorney for Cerberus Business Finance LLC, in its capacities as Administrative Agent and Collateral Agent*)
- Brian D. Huben    carolod@ballardspahr.com; hubenb@ballardspahr.com; branchd@ballardspahr.com (*Attorney for CVM Holdings, LLC, Federal Realty Investment Trust, UBS Realty Investors, LLC*)
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com; calendaring@procopio.com (*Attorney for Creditor Bear Realty, LLC*)
- Kevin P Montee    kmontee@monteefirm.com (*Attorney for Burgundy Bear, LTD*)
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; rudolph@ecf.inforuptcy.com (*Attorney for Debtor*)
- Allan D. Sarver    ads@asarverlaw.com (*Attorney for Shapell So Cal Rental Properties, LLC*)
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov, tiffany.l.carroll@usdoj.gov, abram.s.feuerstein@usdoj.gov (*Attorney for United States Trustee*)
- Derek Andrew Soinski    dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com
- United States Trustee    ustp.region15@usdoj.gov (*Attorney for Chapter 7 Trustee*)
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com (*Attorney for Sycamore Business Park, LLC*)

All other interested parties in this action that are not a registered ECF User are served as follows:

  **X**     **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Gregory Brown, Esq.,
McCarron & Diess
707 Walt Whitman Rd., Second Floor
Melville, NY 11747
*Attorney for FreshPoint Atlanta, Inc., FreshPoint Central California, Inc., FreshPoint Central Florida, Inc., FreshPoint Denver, Inc., FreshPoint Southern California, Inc., FreshPoint South Florida, Inc., Premier Produce of South Florida, LLC, and Willie Itule Produce, Inc.*

Bart M. Botta, Esq.,
Rynn & Janowsky, LLP
4100 Newport Place Dr.
Newport Beach, CA 92660
*Attorney for Victoria Pacific Trading Company*

Daniel E. Wolf
Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022
*Chief Executive Officer of Cerberus Business Finance, LLC*

Cerberus Business Finance LLC, in its capacities as Administrative Agent and Collateral Agent
c/o KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
*Secured Creditor*

Sasha M. Gurvitz, Esq.,
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
*Attorney for Cerberus Business Finance LLC, in its capacities as Administrative Agent and Collateral Agent*

Apollo Investment Corporation
Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022
*Secured Creditor*

| | |
|---|---|
| 1 | Cerberus Business Finance, LLC |
| 2 | Attention: Joseph Naccarato |
| | 875 Third Avenue |
| 3 | New York, NY 10022 |
| | *Secured Creditor* |
| 4 | |
| 5 | Ares Capital Corporation |
| | Cerberus Business Finance, LLC |
| 6 | 875 Third Avenue |
| 7 | New York, NY 10022 |
| | *Secured Creditor* |
| 8 | |
| 9 | Cerberus ASRS Funding, LLC |
| | Cerberus Business Finance, LLC |
| 10 | 875 Third Avenue |
| | New York, New York 10022 |
| 11 | *Secured Creditor* |
| 12 | Cerberus Levered Loan Opp. |
| | Cerberus Business Finance, LLC |
| 13 | 875 Third Avenue |
| | New York, NY 10022 |
| 14 | *Secured Creditor* |
| 15 | |
| 16 | Cerberus N-1 Funding LLC |
| | Cerberus Business Finance, LLC |
| 17 | 875 Third Avenue |
| | New York, NY 10022 |
| 18 | *Secured Creditor* |
| 19 | Cerberus NJ Credit Opp. Fund L |
| | Cerberus Business Finance, LLC |
| 20 | 875 Third Avenue |
| | New York, NY 10022 |
| 21 | *Secured Creditor* |
| 22 | Cerberus Onshore II CLO, LLC |
| | Cerberus Business Finance, LLC |
| 23 | 875 Third Avenue |
| | New York, NY 10022 |
| 24 | *Secured Creditor* |
| 25 | |
| 26 | Cerberus Onshore II CLO-2, LLC |
| | Cerberus Business Finance, LLC |
| 27 | 875 Third Avenue |
| | New York, NY 10022 |
| 28 | *Secured Creditor* |

Charlie's Produce
PO Box 24606
Seattle, WA 98124
*Secured Creditor*

Downtown Produce
Premier Produce Central Florida
640 Distribution Dr.
Melbourne, FL 32904
*Secured Creditor*

FreshPoint Central Florida
8801 Exchange Dr.
Orlando, FL 32809
*Secured Creditor*

FreshPoint Denver
PO Box 815219
Dallas, TX 75381
*Secured Creditor*

FreshPoint, Inc.
FreshPoint Corporate
711 North Orlando Ave. 201
Maitland, FL 32751
*Secured Creditor*

Garden Fresh Holding LLC
Perpetual Capital Partners
1000 Wilson Blvd, Suite 2700
Arlington, VA 22209
*Secured Creditor*

GF SNS Holdings LLC
Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022
*Secured Creditor*

Raymond Leasing Corporation
PO Box 130
Greene, NY 13778
*Secured Creditor*

Internal Revenue Service
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346
*Courtesy Copy*

| | |
|---|---|
| 1 | Internal Revenue Service |
| 2 | PO Box 24017 |
|   | Fresno, CA 93779 |
|   | ***Courtesy Copy*** |
| 3 | |
| 4 | Franchise Tax Board |
|   | Bankruptcy Section, MS A-340 |
| 5 | P.O. Box 2952 |
|   | Sacramento, CA 95812-2952 |
| 6 | ***Courtesy Copy*** |
| 7 | Office of the U.S. Trustee |
|   | 880 Front Street, Suite 3230 |
| 8 | San Diego, CA 92101 |
| 9 | Gary B. Rudolph, Esq. |
|   | Sullivan Hill Rez & Engel, APLC |
| 10 | 600 B Street, Suite 1700 |
|    | San Diego, CA 92101 |
| 11 | ***Debtor's Counsel*** |
| 12 | David M. Blau, Esq., |
|    | Clark Hill PLC |
| 13 | 151 S. Old Woodward Avenue, Suite 20 |
|    | Birmingham, MI 48009 |
| 14 | ***Special Notice Attorney for Creditors: Pleasant Hill Crescent Drive Investors, LLC, Vestar Best in the West Property, LLC, Vestar Bowles Crossing, LLC, and Vestar DRM-OPCO, L.L.C.*** |
| 15 | |
| 16 | Ernie Zachary Park, Esq. |
|    | BEWLEY, LASSLEBEN & MILLER, LLP |
| 17 | 13215 E. Penn Street, Suite 510 |
|    | Whittier, CA 90602-1797 |
| 18 | ***Special Notice Attorney for Franciscan AAH, LLC, A California LLC*** |

### **20 LARGEST UNSECURED CREDITORS SERVED**

| | |
|---|---|
| 20 | Atalanta Corporation |
| 21 | PO Box 74008466 |
|    | Chicago, IL 60674 |
| 22 | Billups Inc. |
| 23 | PO Box 22012 |
|    | New York, NY 10087 |
| 24 | Clearwater Fine |
| 25 | Foods USA, Inc., |
|    | PO Box 12416 |
| 26 | Newark, NJ 07101 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CRUNCHTIME INFORMATION SYSTEMS<br>129 Portland Street<br>Boston, MA 02114 |
| 2 | |
| 3 | CTI Foods<br>PO Box 654030<br>Dallas, TX 75265 |
| 4 | |
| 5 | Ecolab Incorporated<br>PO Box 100512<br>Pasadena, CA 91189 |
| 6 | |
| 7 | JC Foodservice Inc.<br>829 Monterey Pass Rd.,<br>Monterey Park, CA 91754 |
| 8 | |
| 9 | Joy Cone Co.<br>Joy Lockbox<br>PO Box 71972<br>Chicago, IL 60694 |
| 10 | |
| 11 | |
| 12 | Kent Precision Foods Group Inc<br>26948 Network Place<br>Chicago, IL 60673 |
| 13 | |
| 14 | |
| 15 | LIAZON CORPORATION<br>PO BOX 8000 - DEPARTMENT 428<br>Buffalo, NY 14267 |
| 16 | |
| 17 | PepsiCo, Inc.<br>PO Box 644943<br>Pittsburgh, PA 15264 |
| 18 | |
| 19 | Raindrop Agency, Inc.,<br>1501 INDIA ST STE. 103 PMB #113<br>San Diego, CA 92101 |
| 20 | |
| 21 | Ryder Truck Rental Inc.<br>Lock Box File 56347<br>Los Angeles, CA 90074 |
| 22 | |
| 23 | San Diego Gas & Electric<br>PO Box 2511<br>Santa Ana, CA 92799 |
| 24 | |
| 25 | Shoes for Crews, Inc.<br>1400 CENTRE PARK BLVD., #310<br>West Palm Beach, FL 33401 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | SLM Waste and Recycling |
| | PO Box 782678 |
| 2 | Philadelphia, PA 19178 |
| 3 | |
| | Southern California Edison |
| | PO Box 300 |
| 4 | Rosemead, CA 91772 |
| 5 | |
| | Travelers |
| | 91287 Collections Center Drive |
| 6 | c/o Bank of America |
| 7 | Chicago, IL 60693 |
| 8 | Willie Itule Produce, Inc. |
| | Phoenix, AZ 85043 |
| 9 | |
| | Willis Tower Watson |
| 10 | 29982 Network Place |
| | Chicago, IL 60673 |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 4, 2020,** at La Jolla, California.

/s/ Candi Collins
Candi Collins