# Notice Recipients

District/Off: 0974–3          User: Admin.                    Date Created: 6/5/2020
Case: 20–02477–LA7            Form ID: pdfO6                  Total: 171

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Leslie T. Gladstone | candic@flgsd.com |
| aty | Christin A. Batt | christinb@flgsd.com |
| aty | Derek Andrew Soinski | dereks@flgsd.com |
| aty | Gary B. Rudolph | rudolph@sullivanhill.com |
| aty | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| aty | Leslie T. Gladstone | leslieg@flgsd.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Garden Fresh Restaurants LLC | 15822 Bernardo Center Drive, Suite C    San Diego, CA 92127 |
| 14766903 | 034 Julio A. Martin Family Trust dated 12/5/2003    Attn: Art Martin    2657 Omaha Ave.    Clovis CA, 93619 |
| 14766908 | 047 Michael D. Breslauer, Esq.    Solomon Ward et al LLP    401 B St #1200    San Diego, CA 92101 |
| 14766909 | 057 CNC Holdings, LLC    Attn: Judy Cockrell    Attn: Steven Cockrell    1007 NW 2nd Ave.    Battle Ground WA, 98604 |
| 14766931 | 1040 Grant Road Associates III    c/o Crosspoint Realty Services, Inc.    Attn: Property Manager    260 California St., 4th Fl.    San Francisco CA 94111 |
| 14766840 | 12085 Brandford Street Project    Attn: Harold Istrin    9803 San Fernando Rd.    Pacoima CA, 91331 |
| 14766938 | 1467 Brittmoore LLC    c/o Reeco Properties LLLP    561 Virginia Dr    Winter Park FL 32789 |
| 14766917 | 1756, Inc.    c/o Ralph D'Souza    13826 N.W. 22nd Ct.    Sunrise FL, 33323 |
| 14766910 | 1902 N. Dale Mabry, LLC    Attn: Ben Mallah    10225 Ulmerton Rd., Ste. 12A    Largo, FL 33771 |
| 14766849 | 2230 W. Lincoln, LLC    PO Box 8021    Laguna Hills CA, 92654–8021 |
| 14766920 | A.C. Warnack and the A.C. Warnack Trust dated    January 3, 1985    P.O. Box 1409    Lancaster, CA 93584–1409 |
| 14766888 | AKF3 Valencia, LLC    c/o Adler Kawa Real Estate Services, LLC    21500 Biscayne Blvd., Ste. 700    Adventura, FL 33180 |
| 14766897 | Allan D. Sarver, Esq.,    16000 Ventura Blvd., Suite 1000    Encino, CA 91436 |
| 14766814 | Apollo Investment Corporation    Cerberus Business Finance, LLC    875 Third Avenue    New York, NY 10022 |
| 14766778 | Atalanta    Corporation    PO Box 74008466    Chicago, IL 60674 |
| 14766786 | Billups Inc.    PO Box 22012    New York, NY 10087 |
| 14766802 | Brian D. Huben, Esq.    Dustin P. Branch, Esq.    BALLARD SPAHR LLP    2029 Century Park East, Suite 800    Los Angeles, CA 90067 |
| 14766801 | Burgundy Bear, LTD    c/o Montee Law Firm, APC    Attn: Kevin Montee, Esq.    1250–I Newell Ave., Suite 149    Walnut Creek, CA 94596 |
| 14766853 | Burgundy Bear, Ltd.    5955 Coronado Ln.    Pleasanton CA, 94588 |
| 14766799 | CAROLINE DJANG    BEST BEST & KRIEGER LLP    18101 Von Karman Avenue, Suite 1000    Irvine, California 92612 |
| 14766857 | CLPF – Clairemont Mesa, L.P.    c/o Clarion Partners, LLC    Attn: Retail Asset Manager    601 South Figueroa, Ste. 3400    Los Angeles, CA, 90017 |
| 14766779 | CRUNCHTIME INFORMATION SYSTEMS    129 PORTLAND STREET    Boston, MA 02114 |
| 14766921 | CSRA Komar Desert Center, DST    c/o Pacific Coast Commercial Real Estate    41 Corporate Park Ste. 230    Irvine CA 92606 |
| 14766787 | CTI Foods    Po Box 654030    Dallas, TX 75265 |
| 14766880 | Camden House, LLC    Attention: Mark Millet, Manager    1420 Miravale Ave.    Los Altos, CA 94024 |
| 14766899 | Carmel Valley Partners I    Piazza Retail, LLC    c/o Newmark Merrill    18801 Ventura Blvd. Ste. 300    Tarzana CA, 91356 |
| 14766811 | Christine E. Baur, Esq.    LAW OFFICE OF CHRISTINE E. BAUR    4653 Carmel Mountain Road, Ste 308 #332    San Diego, CA 92130 |
| 14766806 | Clark Hill PLC    c/o David M. Blau, Esq.    151 S. Old Woodward Avenue, Suite 200    Birmingham, MI 48009 |
| 14766793 | Clearwater Fine    Foods Usa Inc    Po Box 12416    Newark, NJ 07101 |
| 14766851 | Costco Wholesale Corporation    Attn: Legal Dept.    999 Lake Dr.    Issaquah, WA 98027 |
| 14766912 | DGH 1125, LLC    Attn: Jon Gallant    c/o D&G Development Services, LLC    6400 Powers Ferry Rd. Ste. 350    Atlanta GA, 30339 |
| 14766832 | DK Connections, LLC    Attn: Asset Manager    150 East 58th St., 39th Fl    New York, NY 10155 |
| 14766874 | DK Connections, LLC    The Beverly Connection, Ltd.    c/o Fifty–Fivecal Corporation    1460 Westwood Blvd., Ste. 300    Los Angeles, CA 90024 |
| 14766898 | DT Ahwatukee Foothills LLC    Attn: Senior Executive Vice President –    3300 Enterprise Pkwy.    Beachwood, OH 44122 |
| 14766810 | David A. Sosne, Esq.    SUMMERS COMPTON WELLS LLC    8909 Ladue Road    St. Louis, MO 63124 |
| 14766839 | David A. Sosne, Esq.    Summers Compton Wells LLC    8909 Ladue Road    St. Louis, MO 63124 |

| | | | | |
|---|---|---|---|---|
| 14766843 | David A. Sosne, Esq. | Summers Compton Wells LLC | 8909 Ladue Road | St. Louis, MO 63124 |
| 14766852 | Del Amo Associates, LLC | Eric Sahn | 60 South Market St. #1120 | San Jose, CA 95113 |
| 14766905 | Derito Talking Stick South, LLC | Attn: Charles R. Carlise | 3200 East Camelback, Ste. 175 | Phoenix, AZ 85018 |
| 14766877 | Duesenberg Investment Company, LLC | c/o Topa Management Company | Attn: President | 1900 Avenue of the Stars, Ste. 425    Los Angeles, CA 90067–4126 |
| 14766883 | Duesenberg Investment Company, LLC | c/o Topa Management Company | Attn: President | 1900 Avenue of the Stars, Ste. 425    Los Angeles, CA 90067–4126 |
| 14766859 | EMIC Properties | 3020 Bridgeway Blvd. NC, Ste. 107 | Sausalito, CA 94965 | |
| 14766988 | ERNIE ZACHARY PARK | BEWLEY, LASSLEBEN & MILLER, LLP | 13215 E. Penn Street    Suite 510    Whittier, CA 90602–1797 | |
| 14766794 | Ecolab Incorporated | PO Box 100512 | Pasadena, CA 91189 | |
| 14766862 | FR Florida, Inc. | c/o Federal Realty Investment Trust | Attn: Legal Dept. | 1626 East Jefferson St.    Rockville, MD 20852 |
| 14766870 | Facchino La Barbera Bernal Plaza, LLC | 873 Blossom Hill Rd. | San Jose CA 95123 | |
| 14766820 | Franchise Tax Board | PO Box 2952 | Sacramento, CA 95812–2952 | |
| 14766935 | Franciscan AAH, LLC | c/o The Festival Companies | 5901 W Century Blvd., Ste. 700 | Los Angeles CA 90045 |
| 14766928 | Frit Escondido Promenade, LLC | Attn: Sharon Byrd | 1626 East Jefferson St. | Rockville MD 20852–4041 |
| 14766805 | GEORGE B. BLACKMAR, Bar No. 105471 | BLACKMAR, PRINCIPE & SCHMELTER, APC | 600 B Street, Suite 2250    San Diego, CA 92101 | |
| 14766815 | Garden Fresh Holdings, LLC | Perpetual Capital Partners | 1000 Wilson Blvd., Ste. 2700 | Arlington, VA 22209–3921 |
| 14766830 | George–Thomas Enterprises, LLC | Tom Herron | 14531 Delano St | Van Nuys, CA 91411 |
| 14766923 | Granada Shoppes Associates, Ltd. | Attn: Management | 703 Waterford Way Ste. 800 | Miami FL 33126 |
| 14766858 | Greater Orlando Aviation Authority | c/o The Sembler Company | 5858 Central Ave. | St. Petersburg, FL 33707 |
| 14766838 | Hedmark III, LP | Attn: David Mars | PO Box 44033 | St. Louis MO, 63144 |
| 14766860 | Herzman Trust/HNET Investments LLC | P.O. Box 3129 | San Diego CA, 92163–1129 | |
| 14766940 | Holtzman Enterprises, LLC | 159 E. Manchester Ave., | Los Angeles CA 90003 | |
| 14766812 | Hoppe Properties, LLC | 8070 La Jolla Shores Dr | PMB 610, La Jolla, CA 92037 | |
| 14766841 | Hoppe Properties, LLC | 8070 La Jolla Shores Dr. PMB 610 | La Jolla CA, 92037 | |
| 14766817 | INTERNAL REVENUE SERVICE | PO BOX 24017 | FRESNO, CA 93779 | |
| 14766819 | IRS – Insolvency Division | PO Box 7346 | Philadelphia, PA 19114 | |
| 14766891 | Ian Landsberg, Esq. | Sklar Kirsh, LLP | 1880 Century Park E, Ste. 300 | Los Angeles, CA 90067–1631 |
| 14766901 | Ian Landsberg, Esq. | Sklar Kirsh, LLP | 1880 Century Park E, Ste. 300 | Los Angeles, CA 90067–1631 |
| 14766833 | Ivan M. Gold, Esq., | Allen Matkins Leck Gamble, et al | Three Embarcadero Center, 12th Floor | San Francisco, CA 94111–4074 |
| 14766881 | Ivan M. Gold, Esq., | Allen Matkins Leck Gamble, et al | Three Embarcadero Center, 12th Floor | San Francisco, CA 94111–4074 |
| 14766934 | Ivan M. Gold, Esq., | Allen Matkins Leck Gamble, et al | Three Embarcadero Center, 12th Floor | San Francisco, CA 94111–4074 |
| 14766780 | JC Foodservice Inc. | 829 MONTEREY PASS RD | Monterey Park, CA 91754 | |
| 14766813 | JEFFREY D. CAWDREY | GORDON REES SCULLY MANSUKHANI, LLP | 101 W. Broadway, Suite 2000    San Diego, CA 92101 | |
| 14766911 | JKJ Fairview, LLC | Attn: Jason Kim | 2999 Bowery Ln. | San Jose, CA 95135 |
| 14766847 | Jenny Hyun, Esq., | Weingarten Realty Investors | 2600 Citadel Plaza Drive, Ste. 125 | Houston, TX 77008 |
| 14766875 | Jenny Hyun, Esq., | Weingarten Realty Investors | 2600 Citadel Plaza Drive, Ste. 125 | Houston, TX 77008 |
| 14766932 | Jenny Hyun, Esq., | Weingarten Realty Investors | 2600 Citadel Plaza Drive, Ste. 125 | Houston, TX 77008 |
| 14766861 | Jim Cunning, Manager, Herzman Trust | P.O Box 3129 | San Diego, CA 92163–1129 | |
| 14766788 | Joy Cone Co. | Joy Lockbox | PO BOX 71972 | Chicago, IL 60694 |
| 14766866 | KGC Limited Partnership | Attn: Gloria Harpenau | 654 La Cresta Blvd. | El Cajon CA, 92021 |
| 14766795 | Kent Precision | Foods Group Inc | 26948 Network Place | Chicago, IL 60673 |
| 14766918 | Knowles Gallant LLC | 6400 Powers Ferry Rd., Suite 350 | Atlanta, GA 30339 | |
| 14766871 | Krausz Puente, LLC | c/o Arcadia Management Group | PO Box 10 | Scottsdale AZ, 85252 |
| 14766782 | LIAZON CORPORATION | PO BOX 8000 | DEPARTMENT 428 | Buffalo, NY 14267 |
| 14766893 | LPF San Jose Retail, Inc. | Attn: Asset Manager | 333 West Wacker Dr. Ste. 2300 | Chicago, IL 60606 |
| 14766803 | Laurel D. Roglen, Esq. | BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| 14766804 | Leslie C. Heilman, Esq. | BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| 14766942 | Liberty Property Limited Partnership | Attn: Vice President | One Glenlake Pkwy. Ste. 700 | Atlanta GA 30328 |
| 14766856 | Limestone Sweet, LLC | c/o Orion Investment & Management | 200 S. Biscayne Blvd. 7th Fl. | Miami FL, 33131 |
| 14766855 | Limestone Sweet, LLC | c/o Orion Investment & Management | 200 S. Biscayne Blvd., 7th Fl. | Miami, FL 33131 |
| 14766904 | Lisa M. Peters, Esq. | Kutak Rock LLP | The Omaha Building | 650 Farnam Street    Omaha, NE 68102 |
| 14766887 | MCD–RC CA–Amerige, LLC | One Independent Dr. Ste. 114 | Jacksonville FL, 32202–5019 | |

| | | | | |
|---|---|---|---|---|
| 14766889 | MUWA, LLC | c/o Lumer Property Management | 19370 Collins Ave. CU 1 | Sunny Isles Beach, FL 33160 |
| 14766876 | Macerich Lakewood LP | c/o Macerich Property Management Company | Attn: Legal Dept. | 401 Wilshire Blvd., Ste. 700   Santa Monica, CA 90401 |
| 14766885 | Main Street Hotels, LLC | 400 Spectrum Center Dr. Ste. 1200 | Irvine CA, 92618 | |
| 14766941 | Medosweet Farms, Inc., | Eric S. Parker, | CPA and Chief Financial Officer | 10350 North Vancouver Way   Portland, OR 97217–7530 |
| 14766939 | Medosweet Farms, Inc., | Eric S. Parker, | CPA and Chief Financial Officer | 220 NE Columbia Blvd.,   Portland, OR 97211 |
| 14766816 | Michael D. Breslauer, Esq. | Solomon Ward Seidenwurm & Smith, LLP | 401 B Street, Suite 1200 | San Diego, CA 92101 |
| 14766800 | Michael I. Gottfried, Esq. | Roye Zur, Esq. | Elkins Kalt Weintraub etc | 10345 W. Olympic Blvd.   Los Angeles, CA 90064 |
| 14766947 | Michael I. Gottfried, Esq., | Elkins Kalt Weintraub, | Reuben Gartside LLP | 10345 West Olympic Boulevard   Los Angeles, CA 90064 |
| 14766809 | Michael L. Tuchin | 1999 Avenue of the Stars, 39th Floor | Los Angeles, California 90067 | |
| 14766829 | Midway Towne Center LLC | 3910 Chapman St. Ste. A | San Diego, CA 92110 | |
| 14766882 | Mira Mesa Shopping Center–West, LLC | Furstien Brett | 8294 Mira Mesa Blvd. | San Diego, CA 92126 |
| 14766937 | Miriam Peltz | Assistant Property Manager | 4030 Birch Street, Suite 100 | Newport Beach, CA 92600 |
| 14766926 | Morguard Boynton Town Center, Inc. | c/o Morguard Management Company Inc. | Attn: Lease Administrator   551 S. Powerline Rd. | Pompano Beach FL 33069 |
| 14766854 | NAI Elliott | 901 NE Gilsan St., Ste. 200 | Portland, OR 97232 | Attn: Scott Killian |
| 14766944 | Natalie Edwards | Director, Corporate Litigation | 1800 Wazee Street, Suite 500 | Denver, CO 80202 |
| 14766902 | Net Lease Funding 2005, LP | c/o Vereit, Inc. | Attn: Asset Manager | 2325 East Camelback Rd.– 9th Fl.   Phoenix AZ, 85016 |
| 14766896 | Oakwood Plaza Limited Partnership | PO Box 5020 | New Hyde Park , NY 11042 | |
| 14766879 | PK I North County Plaza LP | 1621–B South Melrose Dr. | Vista, CA 92081 | |
| 14766895 | PLH Holdings, LLC, Series 1 | Attn: Karen Hiser | PO Box 2416 | So. Portland ME, 04116 |
| 14766930 | PRII Rolling Oaks Commons FLA, LLC | c/o Southeast Centers | 1541 Sunset Dr | Coral Gables FL 33143 |
| 14766884 | PRTC, L.P. | Shapell Properties | 1990 S. Bundy Dr. Ste. 500 | Los Angeles CA, 900025 |
| 14766863 | Pacific Realty Associates, L.P. | 15350 S.W. Sequoia Pkwy. | Ste. 300 | Portland OR, 97224 |
| 14766789 | PepsiCo, Inc. | PO Box 644943 | Pittsburgh, PA 15264 | |
| 14766865 | Pleasant Hill Crescent Drive Investors LLC | c/o Vestar Property Management | 43440 Boscell Rd.   Fremont CA, 94538 | |
| 14766919 | Power & Ray, LLC | c/o Vestar Development Co. | Attn: President | 2425 East Camelback Rd., Ste. 750   Phoenix, AZ 85016 |
| 14766808 | Procopio, Cory, Hargreaves & Savitch LLP | 525 B Street, Suite 2200 | San Diego, CA 92101 | |
| 14766796 | RAINDROP AGENCY INC | 1501 INDIA ST STE. 103 PMB #113 | San Diego, CA 92101 | |
| 14766945 | Reeco Properties, LLLP | PO Box 640 | Winter Park, FL 32790 | |
| 14766927 | Robert A. Kutcher, Esq. | KUTCHER TYGIER & LUMINAIS, LLP | Two Lakeway Center, Suite 900   3850 North Causeway Boulevard | Metairie, LA 70002 |
| 14766868 | Robert C. Thorn, Esq. | Business Real Estate Group | 7676 Hazard Center Drive, Suite 900 | San Diego, CA 92108 |
| 14766924 | Rod L. Castan, CRRP | President, Leasing and Mgmt. Services | Courtelis Company | 703 Waterford Way, Suite 800   Miami, FL 33126 |
| 14766914 | Roubin Associates, LLC | Attn: Julia Blackwell | 8550 Lee Hwy., Ste. 700 | Fairfax, VA 22031 |
| 14766915 | Rountree Leitman & Klein LLC | Benjamin Keck, Esq. | Century Plaza I | 2987 Clairmont Road, Suite 175   Atlanta, Georgia 30329 |
| 14766948 | Roye Zur, Esq., | Elkins Kalt Weintraub | Reuben Gartside LLP | 10345 West Olympic Boulevard   Los Angeles, CA 90064 |
| 14766783 | Ryder Truck Rental Inc. | LockBox File 56347 | Los Angeles, CA 90074 | |
| 14766807 | SHAPELL SO CAL RENTAL PROPERTIES LLC | C/O Allan D. Sarver | 16000 Ventura Blvd Suite 1000 | Encino, CA 91436 |
| 14766886 | SHIH Properties Incorporated | Attn: Ray Sieben | 1245 E. Las Tunas Dr. | San Gabriel CA, 91776–1703 |
| 14766869 | SHS Fairbanks Group LLC | Attn: Sid Savelle | c/o Savelle Investment Dynamics | 3015 North Ocean Blvd. Ste. 110   Fort Lauderdale FL 33308 |
| 14766784 | SLM Waste and Recycling | PO Box 782678 | Philadelphia, PA 19178 | |
| 14766831 | SPGG Properties, Ltd. | Domain Corporation | 2716 Ocean Park Blvd., Ste. 3006 | Santa Monica, CA 90405–5207 |
| 14766873 | SPGG Properties, Ltd. | PO Box 967 | Palos Verdes Estates, CA 90274–0967 | |
| 14766929 | SRK Lady Lake OP5, LLC | c/o Benchmark Management | 4053 Maple Rd. Ste. 200 | Amherst NY 14226 |
| 14766818 | STATE OF CALIFORNIA | FRANCHISE TAX BOARD | PO BOX 1328 | RANCHO CORDOVA, CA 95741 |
| 14766790 | San Diego Gas & Electric | PO Box 2511 | Santa Ana, CA 92799 | |
| 14766913 | Schmidt Sunshine, Inc. | Attn: Robert E. Schmidt, Jr | 2226 State Rd. 580 | Clearwater, FL 33763–1838 |
| 14766894 | Shapell Properties, Inc., | Attn: Legal Dept. | 1990 S. Bundy Dr., Ste. 500 | Los Angeles, CA 90025 |
| 14766848 | Shigenobu Kaku and Hikaru Kaku | 3605 Long Beach Blvd., Ste. 220 | Long Beach, CA 90807 | 60 South Market St. #1120   San Jose, CA 95113 |
| 14766850 | Shigenobu Kaku and Hikaru Kaku | 3605 Long Beach Blvd., Ste. 220 | Long Beach, CA 90807 | 60 South Market St. #1120   San Jose, CA 95113 |

| | | | | |
|---|---|---|---|---|
| 14766844 | Shih Properties Incorporated | 1245 East Las Tunas Dr. | San Gabriel, CA 91776 | |
| 14766797 | Shoes for Crews, Inc. | 1400 CENTREPARK BLVD #310 | West Palm Beach, FL 33401 | |
| 14766828 | Sidney Family Limited Partnership | 220 30th St. | Manhattan Beach, CA 92066 | |
| 14766791 | Southern California Edison | PO Box 300 | Rosemead, CA 91772 | |
| 14766872 | Star Financial I, LLC Attn: Jon Mars | 677 Craig Rd. Suite 215 | St. Louis MO, 63141 | |
| 14766922 | State of Florida Department of Transportation | c/o TCAM Core Property Fund | Attn: Asset Management/Southeast | 8500 Andrew Carnegie Blvd., 3rd Fl. | Charlotte, NC 28262 |
| 14766845 | Sunnybrook, LLC | c/o Coffman Excavation | 13014 Clackamas River Dr. | Oregon, OR 97045 |
| 14766836 | Sunnykay & Company, LLC | PO Box 720377 | Atlanta GA, 30358 | |
| 14766946 | Sycamore Business Park, LLC | c/o IDS Real Estate Group | 2915 Red Hill Ave Ste. F200 | Costa Mesa, CA 92626 |
| 14766916 | TRS FEC III, LLC | Attn: John Hyltin | 2180 Central Florida Pkwy., Ste. A7 | Orlando FL, 32837 |
| 14766900 | Ten Mile Range Properties, LLC and Sarasota | Suncoast Center, Inc. | 4994 STT, LLC | PO Box 823201 | Philadelphia, PA 19182–3201 |
| 14766834 | The Price REIT, Inc. | c/o Kimco Realty Corporation | 3333 New Hyde Park Rd. | Ste. 100 | New Hyde Park, NY 11042 |
| 14766906 | The Smith 1982 Trust and | The Malashock 1981 Trust | Attn: Joyce Pennington Smith | 425 Sanibelle Circle #129 | Chula Vista CA, 91910 |
| 14766846 | Thomas Winery Plaza Property Owner, LLC | c/o KMS Properties, Inc. | 23 Corporate Plaza Dr.247 | Newport, CA 92660 |
| 14766798 | Travelers | 91287 Collections Center Drive | c/o Bank of America | Chicago, IL 60693 |
| 14766867 | Valvista North, LLC | 4470 Campus Dr. Ste. 220 | Newport Beach CA 92660 | |
| 14766907 | Vestar Best In The West Property LLC | Attn: President | 2425 E Camelback Rd., Ste. 750 | Phoenix AZ, 85016 |
| 14766892 | Vestar DRM–OPCO, L.L.C. | 2425 East Camelback Rd. Ste. 750 | Phoenix, AZ 85016 | |
| 14766878 | WRI West Gate South, L.P. | PO Box PO Box 924133 | Houston, TX 77292–4133 | |
| 14766925 | Walden Ave. Blend–All Hotel Dev., Inc., | Dick Road–Blend–All Hotel Dev., Inc., | and WR–I Associates, Ltd. | Attn: Legal Dept. | 7978 Cooper Creek Blvd. Ste. 100 | University Park FL 34201 |
| 14766837 | Waterhouse Investments, LLC | Attn: Harlan Dismuke & Judith Dismuke | 1650 Ala Moana Blvd #2701 | Honolulu, HI, 96815 |
| 14766835 | Weingarten Realty Investors | PO Box 924133 | Houston, TX 77292–4133 | |
| 14766933 | Weingarten Realty Investors | PO Box 924133 | Houston, TX 77292–4133 | |
| 14766842 | Westland Financial I, LLC | Attn: David Mars | PO Box 44033 | St. Louis MO, 63144 |
| 14766821 | Willie Itule Produce,Inc. | Phoenix, AZ 85043 | | |
| 14766792 | Willis Tower Watson | 29982 Network Place | Chicago, IL 60673 | |
| 14766936 | YAH Investments, LLC | Attn: Emad Bolous | 8700 Warner Ave. | Ste. 265 | Fountain Valley CA 92708 |
| 14766890 | Yacoel Investments, LLC | Attn: Yacoel Claude | c/o Yacoel Properties I, LLC | 2801 West Coast Hwy. Ste. 380 | Newport Beach, CA 92663 |
| 14766943 | Zimmerman Properties, Inc., | c/o Cutler Commercial | 2150 East Highland Ave., Ste. 207 | Phoenix, AZ 85016 |

TOTAL: 164