CSD 2044 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

GARDEN FRESH RESTAURANTS, LLC,

BANKRUPTCY NO. 20-02477-LA7

Debtor(s).

## APPLICATION TO EMPLOY AUCTIONEER

The undersigned respectfully represents that:

1. Your applicant is the duly appointed and qualified Trustee of the estate of the above-named debtor(s).

2. Your applicant wishes to employ the following named person as Auctioneer in this case: [Name and Address]

   **Fischer Auction Co. Inc., 1426 N. Magnolia Avenue, El Cajon, CA 92020**

3. It is necessary to employ an auctioneer because: There are items that need to be sold.

4. The property to be sold consists of [general description]:

   **Assorted furniture, fixtures, and equipment from the Corporate Offices and Restaurant Equipment from the Test Kitch.**

5. The estimated proceeds from this auction will be $43,500.00.

6. The proposed Auctioneer is competent and equipped to perform the auctioneering services required by the estate.

7. In addition to conducting the auction, the proposed Auctioneer will also perform the following services:

8. The Auctioneer has agreed to perform services for 10% percent of gross sales], as commission, which amount is reasonable compensation for such services, plus expenses not to exceed the following amount [itemize]:

   | | |
   |---|---|
   | **Advertising, not to exceed** | **$2,500.00** |
   | **Labor, not to exceed** | **$3,800.00** |
   | **Total Expenses:** | **$6,300.00** |

   **A 10% Buyers Premium will be charged to all buyers, an additional 2% will be charged to all buyers and paid to Proxibid for online bidding services, an additional 3% will be charged to all buyers paying with a credit card.**

9. The attached is the verified statement required of the proposed Auctioneer under Local Bankruptcy Rule 6005-1.
10. The employment of an Auctioneer to sell the property is in the best interests of the estate and all the creditors.

   **WHEREFORE**, your applicant prays for authorization to employ the Auctioneer named above in paragraph 2 as Auctioneer; that compensation be fixed and expenses be authorized in the amounts shown above in paragraph 8; and for such other and further relief as the Court may deem proper.

DATED: June 9, 2020                              /s/ Leslie T. Gladstone                                    , Trustee

CSD 2044

# Fischer Auction Co. Inc.

**(619) 590-2828**

**1426 N. Magnolia Ave – El Cajon – CA 92020**    Fax:    **(619) 590-0744**

June 2, 2020

Leslie Gladstone, Trustee
401 Via del Norte
La Jolla, CA 92037
858-454-9887


RE: Garden Fresh Restaurants LLC
BK# 20-02477-LA7

Dear Ms. Gladstone:

We have reviewed these assets of Garden Fresh Restaurants LLC

> Assorted furniture, fixtures, and equipment from the corporate offices
> Restaurant equipment from the test kitchen

Fischer Auction Company could conduct a Public Online Auction of these assets under the following terms:

- Commission to be 10% of the gross proceeds.
- Expense allowance for advertising not to exceed $2,500, labor not to exceed $3,800, For a total of expenses not to exceed $6,300.
- A 10% Buyer's Premium to be charged to all buyers, an additional 2% will be charged to all buyers and paid to Proxibid for online bidding services, an additional 3% will be charged to all buyers paying with a credit card.

Fischer Auction Company, Inc. could conduct a public Online auction on Friday, June 26, 2020 at 10am with a preview inspection Thursday June 25th, 2020 from 10am-4pm. Located at 15822 Bernardo Center Drive, Suite C, San Diego, CA 92127. Online auction access available via http://fischerauctions.proxibid.com


I expect the gross proceeds of the sale to be approximately $43,500.

We look forward to the opportunity to be of service to you.


Sincerely,

Fischer Auction Co. Inc.

*Jeff Bloom*

(s) Jeff Bloom


**APPRAISERS * COMMERCIAL AUCTIONEERS * LIQUIDATORS**