Christopher R. Barclay, CPA
Office of C. R. Barclay, CPA
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106
Telephone: (619) 255-1536
Email: cbarclay@oocrb.com

Proposed Accountant for Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANTS LLC,<br><br>   Debtor. | Case No.: 20-02477-LA7<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. BARCLAY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY OFFICE OF C. R. BARCLAY, CPA AS ACCOUNTANT**<br><br>Relates to Docket #320 |

I, Christopher R. Barclay, declare:

   1.   I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to these facts under oath, except as to matters which are stated on information and belief, and as to these facts, I am informed and believe that they are true.

   2.   On June 17, 2020, the Trustee filed an ex parte application to employ Office of C.R. Barclay, CPA as her accountant in this case ("Application").  Docket #320.

1

3.   On or about June 26, 2020, Haeji Hong, Esq. of the Office of the United States Trustee contacted the Trustee to address concerns regarding my declaration of disinterestedness which was filed as an attachment to the Application.

4.   This supplemental declaration is filed to address the Office of the United States Trustee's concerns with my original declaration of disinterestedness.

5.   I reviewed docket in this case and the petition and schedules, including the identity of the debtor and scheduled creditors and I observed no conflicts with the parties, attorneys and accountants identified by such records and documents nor connections of any consequence, in relation to the capacity for which the Trustee seeks to employ me in this matter.

6.   I am a member of the panel of chapter 7 trustees in this District. The Debtor's schedules disclose many thousands of creditors. In most all likelihood, some creditors of this bankruptcy estate are also creditors in unrelated cases where I serve as trustee. Such a coincidence involving common creditors and unrelated bankruptcy cases does not represent a conflict nor rise the level of a meaningful connection. Moreover, Debtor employed many thousands of employees, including some in San Diego. It is possible that some former employees have also filed individual voluntary petitions for bankruptcy on account of their loss of employment, or for other reasons. I am not aware of any such instances involving open cases where I am the duly appointed chapter 7 trustee. Nevertheless, I do not believe such a connection, if any existed, would by itself represent a conflict of interest unless I was administering a claim against the Debtor's estate. I am not and I am aware of no such claims involving any bankruptcy case where I serve as trustee.

/////

/////

/////

/////

/////

/////

2

7. I will continue to monitor the parties involved in this case as it proceeds and, if necessary, file a supplemental declaration of disinterest to update my statements concerning my disinterestedness with respect to this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 30, 2020 at San Diego, California.

/s/ Christopher R. Barclay_____
Christopher R. Barclay

# PROOF OF SERVICE

I, Mary Lou Cunanan, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 5055 N. Harbor Drive, Suite 210, San Diego, CA 92106, in said County and State. On **June 30, 2020**, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. BARCLAY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY OFFICE OF C. R. BARCLAY, CPA AS ACCOUNTANT**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 30, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On **June 30, 2020**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

Debtor:     **Garden Fresh Restaurants LLC**
            15822 Bernardo Center Drive, Suite C
            San Diego, CA 92127 (Via First Class Mail)

☐    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 30, 2020            By: /s/ Mary Lou Cunanan
                                    Mary Lou Cunanan

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;dereks@flgsd.com
- Christine E. Baur    christine@baurbklaw.com, admin@baurbklaw.com
- George B. Blackmar    gblackmar@bpslaw.net
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory Brown    gbrown@mccarronlaw.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com
- Michael Good    mgood@southbaylawfirm.com
- Thomas B. Gorrill    , r53431@notify.bestcase.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, emeza@lgbfirm.com
- Michael S. Greger    mgreger@allenmatkins.com
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Brian D. Huben    carolod@ballardspahr.com;hubenb@ballardspahr.com;branchd@ballardspahr.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Cheryl Kenner    ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- Kaveh Keshmiri    kavehkeshmiri@gmail.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- Ian S. Landsberg    ilandsberg@sklarkirsh.com, dzuniga@landsberg-law.com
- Gregory Markow    jkeatingwolk@cgs3.com
- Kevin P Montee    kmontee@monteefirm.com
- Adam Nach    adam.nach@lane-nach.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- Allan D. Sarver    ads@asarverlaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Derek Andrew Soinski    dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com
- United States Trustee    ustp.region15@usdoj.gov
- Gabe Wright    gwright@hahnlaw.com, lmay@hahnlaw.com;cmbeitel@hahnlaw.com
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com