1 | Leslie T. Gladstone, Esq.  (SBN 144615)
2 | Christin A. Batt, Esq.  (SBN 222584)
3 | Derek A. Soinski, Esq. (SBN 293747)
  | FINANCIAL LAW GROUP
  | 401 Via Del Norte
4 | La Jolla, CA 92037
  | Telephone: (858) 454-9887
5 | Facsimile:  (858) 454-9596
  | Email: LeslieG@flgsd.com
6 |
7 | Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 20-02477-LA7 |
|---|---|
| GARDEN FRESH RESTAURANTS, LLC, | **EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COVERAGE COUNSEL FOR THE CHAPTER 7 TRUSTEE** |
| Debtor. | Honorable Louise DeCarl Adler |

      Leslie T. Gladstone, the chapter 7 trustee in the above-captioned case (the "**Trustee**"), pursuant to 11 U.S.C. Section 327(e), 328(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, hereby seeks Court authority to retain and employ Stratege Law, LLP  ("**Stratege**") to represent the Trustee as her insurance coverage counsel regarding the matters described below.

### INTRODUCTION

      This bankruptcy case was commenced by Garden Fresh Restaurants LLC ("**Debtor**") on May 14, 2020 (the "**Petition Date**"), under Chapter 7 of the United States Bankruptcy Code.  On or about the same date, the Trustee was appointed the chapter 7 trustee of Debtor's bankruptcy estate (the "**Estate**").

      The Trustee wishes to employ Stratege Law, LLP ("**Stratege**"), a law firm comprising Robert M. Traylor ("**Robin Traylor**"), as attorney duly admitted to practice in this Court, to represent her in this case as of June 16, 2020.

FINANCIAL LAW GROUP

1

IN RE GARDEN FRESH RESTAURANTS, LLC
CASE NO. 20-02477-LA7
EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL

## NECESSITY FOR EMPLOYMENT

The Trustee believes it is necessary to retain counsel to render legal services relating to the administration of this case and disposition of the Debtor's assets, including the following, as applicable:

(a) Stratege will assist the Trustee with insurance coverage issues, including but not limited to an analysis of Debtor's various insurance coverages, and to provide advice and counsel, as it may be needed, as to pursuing coverage under the policy, negotiate coverage terms and/or pursue litigation for recovery, if necessary;

(b) Represent the Trustee at any court hearing with respect to the insurance coverage; and

(c) Perform all other legal services of the Trustee that may be requested.

## STRATEGE LAW, LLP'S QUALIFICATIONS

Robin Traylor has extensive experience in representing and counseling clients in business and insurance litigation, in both federal and state courts, and in various arbitration forums, representation of insurance carriers in insurance coverage matters involving property, casualty, professional liability, directors and officers, errors and omissions, and comprehensive general liability policies and representation of trustees in insurance matters. Robin Traylor's Curriculum Vitae is attached hereto as Exhibit A and incorporated herein.

As set forth in the Traylor Declaration and pursuant to Rule 2014, Stratege is disinterested, as that term is defined in Section 101(14) of the Bankruptcy Code. Stratege has no connections with, and holds no interest adverse to, the Debtor, its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee.

Stratege does not represent any creditor in this estate.

Stratege represents no interest adverse to the Debtor or to the estate in the Matters upon which Stratege is to be employed.

Financial Law Group

2   IN RE GARDEN FRESH RESTAURANTS, LLC
CASE NO. 20-02477-LA7
EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL

**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

It is proposed that Stratege be compensated on an hourly basis, applying its standard billing rates, subject to the "Guidelines for Compensation and Expense Reimbursement of Professionals" and approval by this Court after notice and hearing. The current standard hourly billing rate is $200.00–$450.00 per hour for attorney time and $75.00–$175.00 per hour for legal assistant and paralegal time. These rates are competitive within the legal profession. Such rates are subject to change, in which case the new rates will apply to all work performed thereafter. Stratege will also bill all expenses at its standard rates including the following: filing fees, process service fees, deposition transcripts, photocopying (at $0.20 per page, if done in-house), expert witness' fees, investigator's fees, long-distance telephone charges, facsimile transmission charges (at $1.00 per page), travel expenses and other charges.

Stratege is to be retained as insurance coverage counsel for the Trustee on the terms set forth herein, at normal hourly rates, which fees are to be approved by this Court after appropriate application and noticed hearing. A copy of the Retention Agreement is attached hereto as <u>Exhibit B</u> and herein incorporated by reference. Also, attached hereto as <u>Exhibit C</u> is a copy of the proposed order on the employment of Stratege.

**CONCLUSION**

As explained above, the employment of Stratege is in the best interest of the Debtor's estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing her to retain and employ Stratege as insurance coverage counsel for the Trustee as more fully described herein, effective as of June 16, 2020, for the Matters described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter allow and order paid.

Dated this 15th day of July 2020            Respectfully submitted,

/s/Leslie T. Gladstone
Leslie T. Gladstone, Trustee

FINANCIAL
LAW GROUP

3    IN RE GARDEN FRESH RESTAURANTS, LLC
CASE NO. 20-02477-LA7
EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL

# EXHIBIT A

EXHIBIT A

**ROBERT ("ROBIN") M. TRAYLOR**
**STRATEGE LAW, LLP**
5060 North Harbor Drive, Suite 255
San Diego, CA 92106
(619) 873-7258
traylor@strategelaw.com

**Education**:

      University of California, Los Angeles, School of Law, JD Degree 1998
           Order of the Coif

      Princeton University, AB Degree 1989
           Woodrow Wilson School of Public and International Affairs

**Professional Experience**:

<u>Private Practice</u>:

      Stratege Law, LLP:  Partner (2017 to present)

      Seltzer Caplan McMahon Vitek:  Shareholder (2007 to 2017); Associate (2000-2008).  Litigation Department

Practice focuses on insurance, securities and business disputes.

Substantial experience representing and counseling clients in business and insurance litigation, in both federal and state courts, and in various arbitration forums. Represented insurance carriers in insurance coverage matters involving property, casualty, professional liability, directors and officers, errors and omissions, and comprehensive general liability policies. Represented individual and corporate clients in litigation ranging from securities matters to insurance "bad faith" cases to partnership and breach-of-contract disputes. Resolved multiple cases through mediation or informal discussions.

  Representative insurance cases:

- Represented national insurers in multiple cases involving coverage claims, including "bad faith" allegations.
- Represented national insurer in obtaining defense verdict involving substantial fraudulent claim;
- Represented national insurer in obtaining jury verdict against multi-million dollar homeowner's breach-of-contract claim;
- Represented policy owner in claim alleging life insurance "STOLI" transaction.

  Representative business/commercial matters:

- Represented shareholders/directors/partners in corporate-control and ownership disputes;
- Represented LLC member in dissolution action;
- Represented multinational corporation in breach-of-contract action;
- Represented company in recovery of significant unpaid receivables;
- Represented corporate director and officer in defense against SEC action;

- Represented shareholder in fraud action involving a publicly held company.

Representative securities matters:

- Represented officers and directors in SEC enforcement actions;
- Represented national brokerage firm and brokers/advisors against individual investor claims in multiple NASD/FINRA arbitration proceedings;
- Represented investors in suitability and fraud cases;
- Represented successor trustee to recover funds misappropriated from estate;
- Represented corporate officer and director in shareholder derivative action;
- Represented national broker-dealer in "soft money" claim, prevailing through summary judgment on an Ninth Circuit appeal.

Representative appellate work:

- Obtained Ninth Circuit affirmance of summary judgment in company-contractor compensation dispute;
- Obtained Ninth Circuit affirmance of grant of summary judgment on "bad faith" claim, and affirmance of jury verdict on breach-of-contract claim.
- Obtained Ninth Circuit affirmance of grant of motion to dismiss claims involving application of coverage exclusion to personal and advertising injury claims.

Legal Clerkships.

Law Clerk to the Honorable E. Grady Jolly of the United States Court of Appeals for the Fifth Circuit (1999-2000)

Law clerk to the Honorable Rudi M. Brewster of the United States District Court for the Southern District Court of California (1998-99)

Legislative Experience:

Legislative Director/assistant, the Honorable Stephen Horn (R-Long Beach) (1993-1995)

Legislative Director/assistant, the Honorable Glenn M. Anderson (D-Long Beach) (1989 – 1992)

In each position, worked on national and local-impact legislative and policy matters, ranging from clean water to transportation to health care to port expansion to base closures.

Other Experience:

Adjunct Professor of Law, Cal Western School of Law (2011 to the present).

**Community Involvement**:

Board Member, Home Start, Inc. (2001 to 2017; board president – 2015-17)

Board Member, Episcopal Community Services (ECS) (2010 to 2017).

Alumni Schools Committee, Princeton University

Rock N' Roll Marathon, volunteer (2010 to present)

**<u>Professional Recognition</u>**:

    Named as a "Super Lawyer":  2014-17

    Martindale-Hubble:  5/5

    Born and raised in San Diego.  Three children, ages 12-19.

# EXHIBIT B

EXHIBIT B

# RETENTION AGREEMENT

This Retention Agreement ("**Agreement**") is made by and between STRATEGE LAW, LLP (the "**Firm**" or "**we**") and LESLIE T. GLADSTONE, chapter 7 trustee ("**you**" or the "**client**") of the bankruptcy estate of Garden Fresh Restaurants, LLC and related entities.

1. <u>Scope of Engagement.</u> You have asked the Firm to represent you as your coverage counsel in Bankruptcy Case No. 20-02477-LA7 regarding the estate of Garden Fresh Restaurants, LLC.

2. <u>Effective Date.</u> You are retaining the Firm effective as of June 16, 2020.

3. <u>Professional Fees.</u> The attorney primarily responsible for this matter is Robert ("Robin") M. Traylor. Other attorneys and paralegals may also perform services during the course of this engagement. The Firm will bill you for the professional fees of attorneys and paralegals incurred on your behalf. The Firm's professional fees are computed on an hourly basis. The billing rates of the Firm's attorneys and paralegals vary, depending generally upon the experience and capabilities of the attorney or paralegal involved, and we adjust these rates from time to time. Unless otherwise agreed in writing, we will charge you for their services at their assigned rates. The current assigned rates of the Firm's attorney anticipated to work on the matter are: attorney Robert ("Robin") M. Traylor ($400 per hour); associates ($250 per hour); paralegals ($150 per hour). Upon any adjustment in our assigned rates, we will charge you the adjusted rates.

4. <u>Costs and Ancillary Services.</u> The Firm will invoice you for the cost of certain ancillary services incurred on your behalf. Generally, no markup or profit element is included in calculating these costs. In addition, we will not charge you for word processing and secretarial time. The primary ancillary services and our specific policies regarding billing are set forth below. Other services may be rendered during the course of our engagement and will also be billed to you. Our charges for these costs and ancillary services are subject to change from time to time. Nothing in these terms of retention shall require you to pay any costs unless those costs are approved by the Bankruptcy Court as actual and necessary expenses under 11 U.S.C. Section 330.

   (a) <u>Word Processing.</u> The Firm will not charge you for equipment usage or word processing time.

   (b) <u>Secretarial Time.</u> The Firm will not charge you for any secretarial time.

   (c) <u>Duplicating/Copying.</u> The Firm will charge you for in-house copying at a flat rate of $0.20 per page. If you instruct us to do so, we will use outside copying services to the extent possible. The Firm will charge you outside copying services at the Firm's actual cost with no mark-up.

   (d) <u>Telephone.</u> The Firm will not charge you for telephone service charges (local or long distance) that the Firm pays to its telephone service provider.

   (e) <u>Telecopy.</u> The Firm will not charge you for incoming fax documents. The Firm will charge you for outgoing fax documents at a flat rate of $1.00 per page.

   (f) <u>Legal Research.</u> Computerized research (such as Westlaw) is available at the attorney's desk. The Firm will charge you for specific per case charges and/or online computer research time based on an allocation of the overall annual cost to the Firm of those services. The rate charged will reflect the benefit of any discounts the Firm is able to negotiate with vendors for such services.

(g) Overnight and Local Deliveries. The Firm will charge you for overnight deliveries and local deliveries by outside messenger services at the Firm's actual cost. We will pass on any negotiated discounts to you.

(h) Postage. The Firm will charge you for postage at the Firm's actual cost.

(i) File Storage. The Firm will not charge you for file storage except in extraordinary circumstances and only after consultation with you and your agreement.

(j) Office Supplies. The Firm will not charge you for office supplies.

(k) Travel and Subsistence. The Firm will charge you for parking expenses at the Firm's actual cost and for mileage at the current IRS mileage rate. The Firm's attorneys are instructed to incur transportation, lodging, meal, and other travel costs at reasonable rates. The Firm instructs its attorneys to comply with the policies of individual clients regarding airline usage and to obtain the lowest fare available consistent with those policies. The Firm will charge you for all travel costs at the Firm's actual cost.

(l) Meetings/Meals (Other Than Travel Related). When the client or third party is present and/or the meeting is for the benefit of the client, the client may be billed for actual meal-related costs at the discretion of the billing attorney.

(m) Other Costs. Other costs that we incur for your benefit (such as expert witness fees, filing fees, etc.) will be charged to you at the Firm's actual cost.

5. Estimates Not Binding. It is often impractical to determine in advance the amount of effort that will be needed to complete all the necessary work on a matter or the total amount of fees and costs that may be incurred. Any estimates or budgets may need to be adjusted upward or downward as changes occur. Moreover, these estimates and budgets are not intended to be binding, are subject to unforeseen circumstances, and by their nature are inexact.

6. Termination of Representation.

(a) Termination by the Client. You have the right to terminate the Firm's services at any time. If you decide to terminate our services, you agree to give us prompt written notice of such termination. Upon termination of our services, you will remain obligated to pay for all services rendered and costs or expenses paid or incurred on your behalf prior to the date of such termination or which are reasonably necessary thereafter. If we are attorneys of record in any proceeding, you agree to execute and return to us a Substitution of Attorney promptly upon receipt from us.

(b) Termination by the Firm. We will not withdraw from this representation without prior authorization from the Bankruptcy Court. If we withdraw, you will take all steps necessary to free the Firm of any obligation to perform further services, including the execution of any documents necessary to complete our withdrawal. Notwithstanding such termination, you will remain obligated to pay the Firm for all services provided and to reimburse us for all costs and expenses paid or incurred on your behalf.

(c) Date of Termination. Our representation of you will be considered terminated at the earlier of (a) your termination of our representation, (b) approval by the Bankruptcy Court of our withdrawal from our representation of you, or (c) the substantial completion of our work for you.

7. <u>Identity of the Client</u>. The Firm's client for purposes of this engagement is only the person(s), entity, or entities identified in this Agreement. Unless expressly agreed, the Firm is not undertaking the representation any related or affiliated person or entity, nor any family member, parent corporation or entity, subsidiary, or affiliated corporation or entity, nor any of your or their officers, directors, agents, partners, or employees.

8. <u>Conflicts of Interest</u>. To assist in avoiding representation of parties with conflicts of interest, we maintain computerized records of cases/clients. The Firm will not knowingly represent any party with an interest that may be adverse to that of a person or entity without an examination to determine whether a conflict of interest would actually be created. To allow us to conduct a conflicts check, you represent that you have identified for us all persons and entities that are or may become involved in this matter, including all persons and entities that are affiliated with you and other involved or potentially involved parties (such as parent corporations, subsidiaries and other affiliates, officers, directors and principals). You also agree that you will promptly notify us if you become aware of any other persons or entities that are or may become involved in this matter.

9. <u>Related Proceedings and Activities</u>. If any claim is brought against the Firm or any of its personnel based on your negligence or misconduct, if we are asked to testify as a result of our representation of you, or if we must defend the confidentiality of your communications in any proceeding, you agree to pay us for any resulting costs, including for our time, calculated at the hourly rate for the particular individual involved, even if our representation of you has ended.

10. <u>Limitations on Liability</u>.

   (a) <u>General Limitation on Liability</u>. You agree that the Firm shall not have any liability to you in connection with our representation of you except for liability for losses, claims, damages, liabilities, or expenses incurred by you that result from our professional malpractice, gross negligence, or willful misconduct.

   (b) <u>Limited Liability Partnership</u>. Stratege Law, LLP is a California limited liability partnership. As a result, with certain possible limited exceptions, none of which may be applicable, the employees of the Firm are not liable or accountable, directly or indirectly, including by way of indemnification, contribution, assessment, or otherwise, for debts, obligations, or liabilities of or chargeable to the Frim or employees of the Firm, whether arising in tort, contract, or otherwise, that are incurred, created, or assumed by the Firm, by reason of being an employee or acting in the conduct of the business or activities of the Firm.

   (c) <u>Additional Rights</u>. The provisions of this Section 10 are in addition to any rights that the Firm may have at common law or otherwise, including but not limited to any right of contribution.

11. <u>No Guarantee of Outcome</u>. The Firm does not and cannot guarantee the outcome in any matter.

12. <u>Document Retention and Destruction</u>. In the course of our representation of you, we are likely to come into possession of copies or originals of documents or other materials belonging to you or others (collectively, "**materials**"). Once the particular matter to which those materials relate has been concluded, we will make arrangements either to return the materials to you, retain the materials, or dispose of the materials.

13. <u>Application to Subsequent Matters</u>. This Agreement applies to our present representation of you and to any subsequent matters that we agree to undertake on your behalf, unless we agree in writing to some different arrangement.

14. <u>Entire Agreement.</u> This Agreement supersedes all other prior and contemporaneous written and oral agreements and understandings between the parties and contains the entire agreement between the parties. This Agreement may be modified only by subsequent written agreement of the parties. You acknowledge that no promises have been made to you other than those stated in this Agreement.

15. <u>Partial Invalidity.</u> If any provision or portion of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

16. <u>Applicable Law.</u> The validity, meaning, and effect of this Agreement shall be determined in accordance with the laws of the State of California.

17. <u>Bankruptcy Court Approval.</u> We understand that your retention of the Firm is subject to approval by the Bankruptcy Court. The Firm will apply to the Bankruptcy Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules and orders of the Bankruptcy Court.

18. <u>Billing and Payment.</u> The Firm will send you statements for your review on a periodic basis. You agree that you will promptly review our statements and raise any questions regarding the amounts and items billed within 30 days after presentation. Such statements will be payable immediately upon approval of payment by the Bankruptcy Court, but in no event to exceed 30 days after Bankruptcy Court approval unless otherwise ordered by the Bankruptcy Court. We expect prompt payment, and our experience indicates that prompt billing and prompt payment enhances the working relationship. We reserve the right to postpone or defer providing additional services or to discontinue our representation, to the extent legally permissible, if billed amounts are not paid when due.

19. <u>Counterparts.</u> This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be one and the same instrument.

STRATEGE LAW, LLP

Dated: July 15, 2020

By: _____
Robert ("Robin") M. Traylor

Dated: July 15, 2020

_____
Leslie T. Gladstone, Trustee
Estate of Garden Fresh Restaurants, LLC
Bankruptcy Case No. 20-02477-LA7

# EXHIBIT C

# EXHIBIT C

**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)

Christin A. Batt, Esq., (SBN 222584)

Derek A. Soinski, Esq., (SBN 293747)

Financial Law Group

401 Via Del Norte, La Jolla, CA 92037

Telephone (858) 454-9887; Facsimile (858) 454-9596

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

GARDEN FRESH RESTAURANTS, LLC,

Debtor.

BANKRUPTCY NO. 20-02477-LA7

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Louise DeCarl Adler

# ORDER ON

## EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COVERAGE COUNSEL FOR THE CHAPTER 7 TRUSTEE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER ON EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COVERAGE
DEBTOR: GARDEN FRESH RESTAURANTS, LLC,                                      CASE NO: 20-02477-LA7

---

Upon the foregoing ex parte application by Leslie T. Gladstone, chapter 7 trustee (the "Trustee"), praying for approval of the employment of Stratege Law, LLP, as her insurance coverage counsel and upon the Declaration of Disinterest of Robert ("Robin") M. Traylor, and it appearing that no hearing on said application need to be given; and the Court being satisfied that said attorney holds and represents no interest adverse to the individual creditors herein, the Debtor or the estate of the Debtor, and that the employment of said attorney is necessary for the trustee to employ an attorney skilled in insurance coverage and that Stratege Law, LLP is such a firm, and that Stratege Law, LLP represents no adverse interest which would prohibit or impair the employment of the firm and that the employment of Stratege Law, LLP is in the best interest of this estate; and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1. That consistent with the terms set forth in the Ex Parte Application to Employ Stratege Law, LLP and the Declaration of Disinterest of Robert ("Robin") M. Traylor, herein incorporated by reference, the Trustee is authorized to employ Stratege Law, LLP as insurance coverage counsel for the Trustee, effective as of June 16, 2020.

2. That any fees paid to Stratege Law, LLP in connection with this proceeding are subject to approval of this court.

IT IS SO ORDERED

CSD 1001A