Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Derek A. Soinski, Esq. (SBN 293747)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile:  (858) 454-9596
Email: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 20-02477-LA7 |
| GARDEN FRESH RESTAURANTS, LLC, | **DECLARATION OF DISINTEREST OF ROBERT ("ROBIN") M. TRAYLOR IN SUPPORT OF EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE** |
| Debtor(s). | |
| | Honorable Louise DeCarl Adler |

I, ROBERT ("ROBIN") M. TRAYLOR, declare:

1.  I am a partner with the law firm of Stratege Law, LLP (the "**Firm**"). My firm specializes in business and insurance litigation, in both federal and state courts, and in various arbitration forums.

2.  I am not and no employee or member of the Firm is a creditor or insider of the Debtor; nor within three (3) years prior to the date of the Debtor's petition have I or any member or employee of the Firm been an attorney for an investment banker for a security of the Debtor; nor within two (2) years before the date of the filing of the petition herein have I, or any member

or employee of the Firm, been a director, officer or employee of the Debtor or of an investment banker for a security of the Debtor.

3. The Firm has no connections with, and holds no interest adverse to, the Debtor in this case, its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee. To obtain this confirmation, I reviewed the Debtor's petition and available schedules, which I compared against the Firm's conflicts database listing all clients.

4. Neither I nor any member or employee of the Firm have an interest materially adverse to the interest of the estate of the Debtor or of any class of creditor or equity security holder, and we represent no interest adverse to the estate of the Debtor.

5. I and all members and employees of the Firm are disinterested persons with respect to the Debtor and the estate of the Debtor within the meaning of Bankruptcy Code§§ 101(14) and 327(a) (11 U.S.C. § 101, et seq.).

5.     I have reviewed the details of the case and the list of vendors and parties to the case and we do not have conflicts in this case.

Executed this 15th day of July 2020, under the penalty of perjury and pursuant to the laws of the United States of America.

ROBERT M. TRAYLOR

IN RE GARDEN FRESH RESTAURANTS, LLC
CASE NO. 20-02477-LA7
DECLARATION OF DISINTEREST OF ROBERT M. TRAYLOR