Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Derek A. Soinski, Esq. (SBN 293747)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.:  20-02477-LA7 |
| GARDEN FRESH RESTAURANTS LLC, | **PROOF OF SERVICE** |
| Debtor. | |

I, the undersigned, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred.  My business address is 401 Via Del Norte, La Jolla, California 92037.

On **July 16, 2020**, I served the following document(s):

**EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**DECLARATION OF DISINTEREST OF ROBERT ("ROBIN") M. TRAYLOR IN SUPPORT OF EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**ORDER ON EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**TO BE SERVED BY ELECTRONIC SERVICE**, by electronically mailing a true copy of the above documents pursuant to amended general order 162 to the addressees named hereafter:

Office of the United States Trustee
Southern District of California
E-mail address:  ustp.region15sop@usdoj.gov

1                    IN RE GARDEN FRESH RESTAURANTS LLC
CASE NO. 20-02477-LA7
PROOF OF SERVICE

On **July 16, 2020**, I served the following document(s):

**EX PARTE APPLICATION TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**DECLARATION OF DISINTEREST OF ROBERT ("ROBIN") M. TRAYLOR IN SUPPORT OF EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY STRATEGE LAW, LLP AS INSURANCE COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**X**     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING "NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 16, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;dereks@flgsd.com
- George B. Blackmar    gblackmar@bpslaw.net
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory Brown    gbrown@mccarronlaw.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com
- Michael Good    mgood@southbaylawfirm.com
- Thomas B. Gorrill    tom@gorillalaw.com, r53431@notify.bestcase.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, emeza@lgbfirm.com
- Michael S. Greger    mgreger@allenmatkins.com
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Abram.S.Feuerstein@usdoj.gov
- Brian D. Huben    carolod@ballardspahr.com;hubenb@ballardspahr.com;branchd@ballardspahr.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Cheryl Kenner    ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- Kaveh Keshmiri    kavehkeshmiri@gmail.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- Ian S. Landsberg    ilandsberg@sklarkirsh.com, dzuniga@landsberg-law.com
- Gregory Markow    jkeatingwolk@cgs3.com

- Kevin P Montee    kmontee@monteefirm.com
- Adam Nach    adam.nach@lane-nach.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- Allan D. Sarver    ads@asarverlaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Derek Andrew Soinski    dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com
- United States Trustee    ustp.region15@usdoj.gov
- Gabe Wright    gwright@hahnlaw.com, lmay@hahnlaw.com;cmbeitel@hahnlaw.com
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com

All other interested parties in this action that are not a registered ECF User are served as follows:

__X__   **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Ernie Zachary Park, Esq.
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Ste. 510
Whittier, CA 90602-1797
*Special Notice Attorney for Franciscan AAH, LLC a California LLC*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Avenue, Ste. 20
Birmingham, MI 48009
*Special Notice Attorney for Creditors: Pleasant Hill Crescent Drive Investors, LLC, Vestar Best in the West Property, LLC, Vestar Bowles Crossing, LLC, and Vestar DRM-OPCO, L.L.C.*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

| | |
|---|---|
| 1 | Kevin M. Lippman, Esq. |
| 2 | Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800 |
| 3 | Dallas, Texas 75201<br>*Special Notice Attorney for Creditor CSRA Komar Desert Center Master Lessee, 16 LLC* |
| 4 | *VIA FIRST CLASS MAIL - POSTAGE PAID* |
| 5 | Ken Burton, Jr., Tax Collector |
| 6 | 1001 3rd Ave. W, Ste. 240<br>Manatee County Tax Collector |
| 7 | Bradenton, FL 34205-7863<br>*Special Notice Creditor* |
| 8 | *VIA FIRST CLASS MAIL - POSTAGE PAID* |
| 9 | James B. Holden |
| 10 | Colorado Department of Law<br>1300 Broadway, 8th Floor |
| 11 | Denver, CO 80203<br>*Special Notice Attorney for Ralph L. Carr Colorado Judicial Center* |
| 12 | *VIA FIRST CLASS MAIL - POSTAGE PAID* |
| 13 | Deanna Lee Westfall, Assistant Attorney General |
| 14 | Colorado Department of Law<br>1300 Broadway, 8th Floor |
| 15 | Denver, CO 80203<br>*Special Notice Creditor* |
| 16 | *VIA FIRST CLASS MAIL - POSTAGE PAID* |
| 17 | G. Andrew Slater, Esq., |
| 18 | Dowling Aaron Incorporated<br>8080 North Palm Avenue, Third Floor |
| 19 | P.O. Box 28902<br>Fresno, CA 93729 |
| 20 | *Special Notice Attorney for Julio A. Martin Family Trust Dated 12/5/2003* |
| 21 | Texas Comptroller of Public Accounts, Revenue Accounting Division and |
| 22 | Texas Workforce Commission<br>Courtney J. Hull |
| 23 | c/o Sherri Simpson, Paralegal<br>PO Box 12548 |
| 24 | Austin, TX 78711-2548<br>*Special Notice Creditor* |
| 25 | *VIA FIRST CLASS MAIL - POSTAGE PAID* |
| 26 | |
| 27 | |
| 28 | |

FINANCIAL
LAW GROUP

4

IN RE GARDEN FRESH RESTAURANTS LLC
CASE NO. 20-02477-LA7
PROOF OF SERVICE

1  The Woodlands Metro Center MUD and The Woodlands Road Utility District #1 and The Spring
Branch ISD
2  c/o Melissa E. Valdez, Esq.,
Perdue Brandon Feilder Collins & Mott, L .L.P.
3  1235 North Loop West, Ste. 600
4  Houston, TX 77008
**Special Notice Creditor**
5  **VIA FIRST CLASS MAIL - POSTAGE PAID**

6      I declare under penalty of perjury under the laws of the United States of America that the
7  above is true and correct.

8      Executed on **July 16, 2020,** at La Jolla, California.

9

10                                 /s/ Candi Collins
                                   Candi Collins

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28