1  Leslie T. Gladstone, Esq.  (SBN 144615)
2  Christin A. Batt, Esq.  (SBN 222584)
   Derek A. Soinski, Esq. (SBN 293747)
3  FINANCIAL LAW GROUP
   401 Via Del Norte
4  La Jolla, CA 92037
   Telephone: (858) 454-9887
5  Facsimile: (858) 454-9596
   E-mail:  ChristinB@flgsd.com
6
7  Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

8               UNITED STATES BANKRUPTCY COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 | In re:                              | Case No.:  20-02477-LA7
11 |                                     |
   | GARDEN FRESH RESTAURANTS LLC,       | **PROOF OF SERVICE**
12 |                                     |
   |         Debtor.                     | Honorable Louise DeCarl Adler
13 |                                     |

14         I, Sandra Young, hereby declare as follows:

15         I am employed in the City of La Jolla, County of San Diego, California.  I am over the age of 18
   years and not a party to the within action; and I am employed in the County of San Diego, California,
16 within which county the subject mailing occurred.  My business address is 401 Via Del Norte, La Jolla,
   California 92037.  On **July 17, 2020,** I served a true and correct copy of the following document(s):
17
           *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF
18         TRUSTEE'S JOINT MOTION TO APPROVE ASSET PURCHASE AGREEMENT,
           PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS,
19         ENCUMBRANCES AND SIMILAR INTERESTS

20         **DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF** *EX PARTE*
           **APPLICATION FOR ORDER SHORTENING TIME FOR  NOTICE OF TRUSTEE'S JOINT**
21         **MOTION TO APPROVE ASSET PURCHASE AGREEMENT, PURSUANT TO 11 U.S.C.**
           **SECTION 363, FREE AND CLEAR OF LIENS, ENCUMBRANCES AND SIMILAR**
22         **INTERESTS**

23 on the parties in this action as follows:

24
   **X**     **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to
25 be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and
   hyperlink, to the parties and/or counsel who are determined this date,
26  **July 17, 2020,** to be registered CM/ECF Users set forth below as identified on the service list obtained
   from this Court on the Electronic Mail Notice list.
27

28

FINANCIAL
LAW GROUP

                              1                    IN RE GARDEN FRESH RESTAURANTS LLC
                                                            CASE NO. 20-02477-LA7
                                                                PROOF OF SERVICE

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;dereks@flgsd.com
- George B. Blackmar    gblackmar@bpslaw.net
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory Brown    gbrown@mccarronlaw.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com
- Michael Good    mgood@southbaylawfirm.com
- Thomas B. Gorrill    tom@gorillalaw.com, r53431@notify.bestcase.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, emeza@lgbfirm.com
- Michael S. Greger    mgreger@allenmatkins.com
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Abram.S.Feuerstein@usdoj.gov
- Brian D. Huben    carolod@ballardspahr.com;hubenb@ballardspahr.com;branchd@ballardspahr.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Cheryl Kenner    ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- Kaveh Keshmiri    kavehkeshmiri@gmail.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- Ian S. Landsberg    ilandsberg@sklarkirsh.com, dzuniga@landsberg-law.com
- Gregory Markow    jkeatingwolk@cgs3.com
- Kevin P Montee    kmontee@monteefirm.com
- Adam Nach    adam.nach@lane-nach.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- Allan D. Sarver    ads@asarverlaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Derek Andrew Soinski    dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com
- United States Trustee    ustp.region15@usdoj.gov
- Gabe Wright    gwright@hahnlaw.com, lmay@hahnlaw.com;cmbeitel@hahnlaw.com
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com
- 

All other interested parties in this action that are not a registered ECF User are served as follows:

 **X** __ **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary

course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Ernie Zachary Park, Esq.
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Ste. 510
Whittier, CA 90602-1797
*Special Notice Attorney for Franciscan AAH, LLC a California LLC*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Avenue, Ste. 20
Birmingham, MI 48009
*Special Notice Attorney for Creditors: Pleasant Hill Crescent Drive Investors, LLC, Vestar Best in the West Property, LLC, Vestar Bowles Crossing, LLC, and Vestar DRM-OPCO, L.L.C.*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

Kevin M. Lippman, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
*Special Notice Attorney for Creditor CSRA Komar Desert Center Master Lessee, 16 LLC*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

Ken Burton, Jr., Tax Collector
1001 3rd Ave. W, Ste. 240
Manatee County Tax Collector
Bradenton, FL 34205-7863
*Special Notice Creditor*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

James B. Holden
Colorado Department of Law
1300 Broadway, 8th Floor
Denver, CO 80203
*Special Notice Attorney for Ralph L. Carr Colorado Judicial Center*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

Deanna Lee Westfall, Assistant Attorney General
Colorado Department of Law
1300 Broadway, 8th Floor
Denver, CO 80203
*Special Notice Creditor*
*VIA FIRST CLASS MAIL - POSTAGE PAID*

///
///
///
///

| | |
|---|---|
| 1 | G. Andrew Slater, Esq., |
| | Dowling Aaron Incorporated |
| 2 | 8080 North Palm Avenue, Third Floor |
| | P.O. Box 28902 |
| 3 | Fresno, CA 93729 |
| | **Special Notice Attorney for Julio A. Martin Family Trust Dated 12/5/2003** |
| 4 | |
| | Texas Comptroller of Public Accounts, Revenue Accounting Division and |
| 5 | Texas Workforce Commission |
| | Courtney J. Hull |
| 6 | c/o Sherri Simpson, Paralegal |
| | PO Box 12548 |
| 7 | Austin, TX 78711-2548 |
| | **Special Notice Creditor** |
| 8 | **VIA FIRST CLASS MAIL - POSTAGE PAID** |
| 9 | |
| | The Woodlands Metro Center MUD and The Woodlands Road Utility District #1 and The Spring Branch |
| 10 | ISD |
| | c/o Melissa E. Valdez, Esq., |
| 11 | Perdue Brandon Feilder Collins & Mott, L .L.P. |
| | 1235 North Loop West, Ste. 600 |
| 12 | Houston, TX 77008 |
| | **Special Notice Creditor** |
| 13 | **VIA FIRST CLASS MAIL - POSTAGE PAID** |

14    **by ELECTRONIC SERVICE**, by causing such document(s) to be electronically served on the interested parties in the above-referenced action and addressed as set forth below. This transmission was reported as complete without error and a copy of the report will be maintained with the document by the sender.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 17, 2020,** at La Jolla, California.

/s/ Sandra Young
Sandra Young