CSD 1001B [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Derek A. Soinski, Esq. (SBN 293747)
FINANCIAL LAW GROUP
401 Via Del Norte; La Jolla, CA 92037
Telephone (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

Order Entered on July 17, 2020 by Clerk U.S. Bankruptcy Court Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
GARDEN FRESH RESTAURANTS, LLC,

Debtor.

BANKRUPTCY NO. 20-02477-LA7

# ORDER SHORTENING TIME ON EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF TRUSTEE'S JOINT MOTION TO APPROVE ASSET PURCHASE AGREEMENT, PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, ENCUMBRANCES AND SIMILAR INTERESTS

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 439.

// NOT APPROVED. INSUFFICIENT INFORMATION. HAS THIS BEEN MARKETED TO ANY ONE? IF SO, WHAT HAS BEEN DONE? FURTHER, THE COURT'S UNDERSTANDING OF THE PPP LOAN PROGRAM IS THAT IT IS NECESSARY FOR THERE TO BE AN OPERATING BUSINESS (WHICH THIS DEBTOR IS NOT). FINALLY, ALTHOUGH THERE HAS BEEN SOME PROPOSED LEGISLATION EXTENDING THE PROGRAM, IT IS THE COURT'S UNDERSTANDING THAT THE PPP PROGRAM ENDED 6/30/2020. BASED ON THOSE UNDERSTANDINGS THERE IS NO BASIS TO ACCELERATE THE SALE ON EXTRAORDINARILY SHORT NOTICE TO MAKE A 7/31/2020 CLOSING DATE AND THERE IS NO HEARING DATE AVAILABLE THAT AFFORDS SUFFICIENT NOTICE BEFORE 7/30/20.

**NOT APPROVED**

DATED: July 17, 2020

Judge, United States Bankruptcy Court

Case 20-02477-LA7    Filed 07/17/20    Entered 07/17/20 15:51:48    Doc 440    Pg. 2 of 2

CSD 1001B (07/01/18) Page **2** of **2**
ORDER SHORTENING TIME ON EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR
DEBTOR: GARDEN FRESH RESTAURANTS, LLC          CASE NO. 20-02477-LA7

Upon review of the Ex Parte Application for Order Shortening Time for Notice of Trustees' Joint Motion to Approve Asset Purchase Agreement, Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Encumbrances and Similar Interests (the "**Application**"), and good cause appearing therefor,

IT IS HEREBY ORDERED.

1. The application is granted.

2. The notice period for the Trustees' Joint Motion to Approve Asset Purchase Agreement, Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Encumbrances and Similar Interests is shortened to seven (7) days, which includes three (3) days for mail service.

3. The Trustees' Joint Motion to Approve Asset Purchase Agreement, Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Encumbrances and Similar Interests must be filed and served no later than _____ .
   Service will be deemed complete when delivered:

   [ ] personally, or

   [X] by electronic method, or

   [X] by first class or overnight mail, or

   [ ] as provided for in the application for order shortening time.

4. Any opposition to the Trustees' Joint Motion to Approve Asset Purchase Agreement, Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Encumbrances and Similar Interests must be filed and served no later than _____ .

5. Any reply to the opposition to the Trustees' Joint Motion to Approve Asset Purchase Agreement, Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Encumbrances and Similar Interests must be filed and served no later than _____ .

IT IS SO ORDERED.

**CSD 1001B**

Signed by Judge Louise DeCarl Adler July 17, 2020