# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 7/17/2020
Case: 20–02477–LA7            Form ID: pdfO1         Total: 6

**Recipients of Notice of Electronic Filing:**
tr    Leslie T. Gladstone    candic@flgsd.com
aty    Christin A. Batt    christinb@flgsd.com
aty    Derek Andrew Soinski    dereks@flgsd.com
aty    Gary B. Rudolph    rudolph@sullivanhill.com
aty    Leslie T. Gladstone    leslieg@flgsd.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Garden Fresh Restaurants LLC    15822 Bernardo Center Drive, Suite C    San Diego, CA 92127

TOTAL: 1