CSD 2024 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee (144615)
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re

GARDEN FRESH RESTAURANTS, LLC,

BANKRUPTCY NO. 20-02477-LA7

Debtor(s).

## REPORT OF SALE

Pursuant to Local Bankruptcy Rule 6004, the undersigned Trustee hereby reports and represents that:

1. On **July 20, 2020 (ECF No. 442)**, due notice of the Trustee's intent to sell the property described herein was mailed to the debtor, the debtor's attorney and all creditors as required by Local Bankruptcy Rules 2002 and 6004.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. A description of the property sold, name of the purchaser(s), and the terms of sale are set forth in Exhibit "A" printed on Page 2.

4. If applicable, the following entities held a valid security interest in all or part of the property sold and were paid the stated sums in satisfaction thereof:

| Name and Address | Property | Amount Paid |
|---|---|---|
|  |  |  |

5. The purchase price has been paid in full and all property delivered to the purchaser.

I hereby declare under penalty of perjury that the within and attached statements are true to the best of my knowledge and belief.

DATED: March 29, 2021

/s/ Leslie T. Gladstone
Trustee in Bankruptcy

EXHIBIT "A"

GARDEN FRESH RESTAURANTS, LLC,                                                       DEBTOR, CASE NO.  20-02477-LA7

**Type of Sale:**[1]

[ ]   Private Sale.  Describe methods used to obtain best possible price:[2]

| Description of Property Sold | Name and Address of Purchaser(s) | Sales Price per Item or Lot |
|---|---|---|
| | | |

Offers or bids received but not accepted from the following entities:

| Name | Value of Offer |
|---|---|
| | |

[ xx ]   **Public Auction.  Auction conducted by**   Fischer Auction Company, Inc.,

**Report of Auctioneer attached containing:**[3]

**List of the names of bidders and assigned bidding numbers, if any; and**

- **Description of items sold, purchase price, and name or bidder number for purchaser for each item or lot sold; plus**

- **A cover page containing a summation of the gross sales, and a statement of the commission and expenses applied for or retained by the auctioneer.**

**A statement that there was at the time of employment, and continued to be during the period of employment, a disinterested person as required under 11 U.S.C. §327, or, if so, the nature thereof.**

**Auctioneer's Report Reviewed and Approved:**

DATED: March 29, 2021               Signed: /s/ Leslie T. Gladstone                                              , Trustee

---

INSTRUCTIONS

[1]Indicate method of sale, whether by sealed bids, negotiations or otherwise.

[2]Describe advertising, telephone or other forms of solicitation for offers, negotiations and any other methods used to consummate sale.

[3]Auctioneer's report is to be signed under penalty of perjury, to contain all of the information here set forth, and to be reviewed and approved by trustee.

# Fischer Auction Co. Inc

(619) 590-2828

1426 N. Magnolia Ave – El Cajon – CA 92020    Fax: (619) 590-0744

March 25, 2021

Leslie Gladstone, Trustee
Chapter 7 Bankruptcy
5656 La Jolla Blvd.,
La Jolla, CA 92037
858-454-9887

**RECEIVED MAR 2 9 2021**

RE: Garden Fresh Restaurant LLC
BK# 20-02477-LA7

Dear Ms. Gladstone,

The following is the Financial Statement for the above referenced Auction, which we performed for you.

| | |
|---|---|
| Gross Sales | ($7,620.00) |
| Less Commissions | ($762.00) |

Buyers Premium Charged
12% Cash Premium Charged to Buyers    $165.00
15% Credit Card Premium Charged to Buyers    $936.75

**NET CHECK ENCLOSED**    **$6,858.00**

Thank you for the opportunity to be of service to you.

Sincerely,

Fischer Auction Co. Inc.
Jeff Bloom

Leslie Gladstone, Trustee
Chapter 7 Bankruptcy
5656 La Jolla Blvd.,
La Jolla, CA 92037
858-454-9887

Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  Garden Fresh Restaurant LLC     ) | Case No 20-02477-LA7 |
| ) | |
| ) | |
| ) | |
| _____) | |

REPORT OF AUCTIONEER

I, *Jeff Bloom*, declare as follows:

1. I am the principal of Fischer Auction Company Inc. All the information contained herein is within my personal knowledge.

1. On February 17th, 2020 Fischer Auction Company Inc. conducted an auction of the estate's assets. A copy of the list of bidders and sales report is attached hereto as Exhibit "A" and herein incorporated by reference. Fischer Auction Company Inc. incurred 10% commission totaling $762.00, 12% Cash Buyer's Premium totaling $165.00, 15% Credit Card Buyer's Premium totaling $936.75.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of March 2021, San Diego, California

_____
Jeff Bloom, *Auctioneer*

## Consignor Settlement

| | |
|---|---|
| CO #: | 5275 |
| Date: | 3/25/2021 |
| Page: | 1 |

### Consignor: B19836
Leslie Gladstone
Chapter 7 Bankruptcy Trustee
5656 La Jolla Blvd
La Jolla, CA 92037
Phone:858-454-9887

Auction: January Combined Asset Auction - ONLINE ONLY!!!

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 757 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In <span style="font-size:12px"><span style="background-color:white"><span style="color:#666666">Serial #GG7YX2NHJMVT.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***</span></span></span> <br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 758 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In Serial # GG7YWAAUJMVT.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 240.00 | 240.00 | 0.00 |
| 759 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In Serial # GG7YK1KEJMVT.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 275.00 | 275.00 | 0.00 |
| 760 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7YK19FJMVT.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND | 1.00 | 250.00 | 250.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | CO #: | | | | 5275 |
| | Date: | | | | 3/25/2021 |
| | Page: | | | | 2 |

| | | | | | |
|---|---|---|---|---|---|
| | MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | | | | |
| 761 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7YK3AJJMVT.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 762 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial #GG7YK84SJMVT.<br> Model: A1893***<br> Includes Charger.<br> iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 763 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial #GG7YW72UJMVT.<br> Model: A1893<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 764 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial #GG7YW9K9JMVT.<br> Model: A1893***<br> Includes Charger.<br> iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |

## Consignor Settlement

| | |
|---|---:|
| CO #: | 5275 |
| Date: | 3/25/2021 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 765 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z3862JF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 766 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z3BY6JF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 767 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z4DU7JF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 768 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z497SJF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 769 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYVHNCJF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM | 1.00 | 250.00 | 250.00 | 0.00 |

| CO #: | 5275 |
|---|---|
| Date: | 3/25/2021 |
| Page: | 4 |

| | | | | | |
|---|---|---|---|---|---|
| | PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | | | | |
| 770 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z34HPJF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 771 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYVJBTJF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 772 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPZ1HL3JF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 240.00 | 240.00 | 0.00 |
| 773 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z366UJF8M.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 240.00 | 240.00 | 0.00 |

Consignor Settlement

| | | CO #: | 5275 |
|---|---|---|---|
| | | Date: | 3/25/2021 |
| | | Page: | 5 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 774 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In Serial # DMQYQ21NJF8M.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 250.00 | 250.00 | 0.00 |
| 775 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMQYTHFMJF8M.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 250.00 | 250.00 | 0.00 |
| 776 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # GG7Z35CRJF8M.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 240.00 | 240.00 | 0.00 |
| 777 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYVF2TJF8M.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 250.00 | 250.00 | 0.00 |
| 778 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In Serial #DMPYJBTJF8M.\<br\> Model: A1893***\<br\> Includes Charger.\<br\> iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM | 1.00 | 210.00 | 210.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | CO #: | | | 5275 |
| | | Date: | | | 3/25/2021 |
| | | Page: | | | 6 |

| | | | | | |
|---|---|---|---|---|---|
| | PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | | | | |
| 779 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV73HJF8N.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 780 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV62VJF8N.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 250.00 | 250.00 | 0.00 |
| 781 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV5ZXJF8N.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 275.00 | 275.00 | 0.00 |
| 782 | 128gb Apple 9.7in 6th Generation Ipad Wifi-only In Serial # DMPYV2SAJF8N.<br> Model #A1893.<br> Includes Charger.<br> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***<br /> | 1.00 | 275.00 | 275.00 | 0.00 |

Consignor Settlement

|  |  |  | CO #: | 5275 |
|--|--|--|--|--|
|  |  |  | Date: | 3/25/2021 |
|  |  |  | Page: | 7 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|------|-------------|----------|------------|-----------|----------|
| 783 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV63KJF8N.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 250.00 | 250.00 | 0.00 |
| 784 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV5DTJF8N.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 275.00 | 275.00 | 0.00 |
| 785 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV67ZJF8N.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 300.00 | 300.00 | 0.00 |
| 786 | 128GB Apple 9.7in 6th Generation iPad WiFi-Only in Serial # DMPYV8P1JF8N.\<br\> Model #A1893.\<br\> Includes Charger.\<br\> ***iPAD IS PROFESSIONALLY RENEWED AND MAY CONTAIN LIGHT BLEMISHES FROM PREVIOUS USE. FULLY TESTED AND FULLY FUNCTIONAL. NO MISSING BUTTONS/PARTS PIECES.***PLEASE ATTEND PREVIEW/FACEBOOK LIVE FOR FURTHER DETAILS.***\<br /\> | 1.00 | 300.00 | 300.00 | 0.00 |

# Consignor Settlement

| CO #: | 5275 |
|---|---|
| Date: | 3/25/2021 |
| Page: | 8 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| | | | Total Quantity: | | 30.00 |
| | | | Total Invoice Sale Price: | | 7,620.00 |
| | | | Total Commission: | ( | 762.00) |
| | | | Total Due to Consignor: | | 6,858.00 |
| | | | Total Payments: | | 0.00 |
| | | | Balance: | | $6,858.00 |

Positive Balance, Monies Owed to Consignor

No inventory remains for this consignment order