Ashley B. Jordan (SBN 313529)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone No.: 213.457.8000
Fax No.: 213.457.8080

John N. Ellison (PA I.D. No. 51098)
*Admitted Pro Hac Vice*
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone No.: 215.851.8100
Fax No.: 215.851.1420

*Attorneys for Plaintiff
Leslie Gladstone, as Chapter 7 Trustee
for Garden Fresh Restaurants, LLC*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GARDEN FRESH RESTAURANTS, LLC,<br><br>Debtor. | Bankruptcy Case No. 3:20-bk-02477-LA<br><br>Chapter 7<br><br>Adversary Proc. No.: 3:21-ap-90043-LA |
| LESLIE GLADSTONE, AS CHAPTER 7 TRUSTEE FOR GARDEN FRESH RESTAURANTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS LLOYDS INSURANCE COMPANY,<br><br>Defendants. | **TRUSTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE (OBJECTION) TO THE PROPOSED ORDER AND DECISION GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

US_ACTIVE-168109432

## I. INTRODUCTION

In further support of her Response (Objection) to the Bankruptcy Judge's Proposed Order and Decision Granting Defendants' Motion to Dismiss the First Amended Complaint, Plaintiff *Leslie Gladstone, as Chapter 7 Trustee for Garden Fresh Restaurants, LLC* ("Trustee") respectfully requests that the Court refer to the following authority:

- *Marina Pacific Hotel & Suites, LLC v. Fireman's Fund Insurance Co.*, No. B316501 (Cal. Ct. App. July 13, 2022) ("*Marina Pacific*") (attached as **Ex. A**).

## II. ARGUMENT

Exhibit A, *Marina Pacific*, is a recent decision from the California Court of Appeal that directly supports Trustee's position that the presence of SARS-CoV-2 can cause "direct physical loss or damage to property," and requires the Court to deny Defendant's Motion to Dismiss. Like this case, *Marina Pacific* concerns insurance coverage for an insured bar and restaurant's losses due to SARS-CoV-2, COVID-19, and the pandemic. Importantly, *Marina Pacific* requires this Court to reverse the Bankruptcy Judge's Proposed Order and deny the Motion to Dismiss. When, as here, "there is relevant precedent from the state's intermediate appellate court, the federal court must follow the state's intermediate appellate court decision unless the federal court finds convincing evidence that the state's supreme court likely would not follow it." *Teleflex Med. Inc. v. Nat'l Union Fire Ins. Co.*, 851 F.3d 976, 982 (9th Cir. 2017). Indeed there is no indication that that *Marina Pacific* does not properly interpret California law or reflect how the California Supreme Court would rule on the issue presented. Thus, the District Court has no grounds to ignore it.

In applying California law, the Court of Appeal held that the lower court improperly granted the insurer's demurrer because in alleging that COVID-19 was present on their property, the insureds sufficiently alleged a distinct, demonstrable,

– 1 –

US_ACTIVE-168109432

TRUSTEE'S NOTICE OF SUPP. AUTHORITY ISO RESPONSE (OBJECTION)
TO PROPOSED ORDER & DECISION GRANTING DEFTS' MOTION TO DISMISS FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

physical alteration of their property under the standard set forth in *MRI Healthcare of Glendale, Inc. v. State Farm General Ins. Co.*, 187 Cal. App. 4th 766, 779 (2010). *Marina Pacific* at *18-19.

Trustee makes similar allegations in her complaint. According to the California Court of Appeal, such allegations are sufficient to establish direct physical loss or damage pursuant to California law, including law relied upon by the Bankruptcy Court (*MRI*) for the purposes of a preliminary motion. *See id.* The District Court must adhere to the California Court of Appeal's decision.

Furthermore, in reaching its holding, the *Marina Pacific* court distinguished other decisions in California state appellate courts and relied on *Inns-by-the-Sea v. California Mutual Ins. Co.*, 71 Cal. App. 5th 688, 704-05 (2021) for the proposition that SARS-CoV-2 could cause direct physical loss or damage, the same position Trustee has taken in this case. *Marina Pacific* at *20-22. The *Marina Pacific* court interpreted *Inns-by-the-Sea* as supporting the insured's claim for covered losses, just as Trustee did in her objection to the Bankruptcy Judge's Proposed Order. (*See* Dkt. No. 54, 16-22.) In essence, the California Court of Appeal squarely agreed with Trustee's arguments when considering highly analogous facts. The District Court should as well.

Finally, the court in *Marina Pacific* stressed the improper nature of dismissal of COVID-19-related insurance claims on the pleadings, as Trustee does. *Marina Pacific* at *27-28. In fact, the court acknowledged that though the evidence might nonetheless result in a finding of no coverage, the policyholders must have the opportunity to present their case with a full body of evidence to inform such a finding. *Marina Pacific* at *2-3, 27-28. Trustee should similarly be allowed to develop evidence and present her case with a full a full factual record.

### III.   CONCLUSION

For the foregoing reasons, Trustee respectfully requests that the Court, in connection with Trustee's Response (Objection) to the Bankruptcy Court's Proposed

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Order and Decision Granting Defendants' Motion to Dismiss the First Amended Complaint, take into consideration **Exhibit A**.

Dated: July 15, 2022

REED SMITH LLP

By: /s/ Ashley B. Jordan
Ashley B. Jordan (SBN 313529)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone No.: 213.457.8000
Fax No.: 213.457.8080

John N. Ellison (PA I.D. No. 51098)
*Admitted Pro Hac Vice*
REED SMITH LLP
Three Logan Square, 1717 Arch St., Suite 3100
Philadelphia, PA 19103
Telephone No.: 215.851.8100
Fax No.: 215.851.1420

*Attorneys for Plaintiff*
*Leslie Gladstone, as Chapter 7 Trustee*
*for Garden Fresh Restaurants, LLC*

# PROOF OF SERVICE

*Leslie Gladstone, as Chapter 7 Trustee for Garden Fresh Restaurants, LLC v. Travelers Property Casualty Co. of America, et al.*,
S.D. Cal. Case No.: 3:21-CV-01440-JLS-LL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071-1514. On July 15, 2022, I caused to be served the following document(s) by the method indicated below:

**TRUSTEE'S RESPONSE (OBJECTION) TO PROPOSED ORDER AND DECISION GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

☑   **By Electronic Filing** (I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.

Dated:  July 15, 2022                          */s/ Ashley B. Jordan*

– 1 –
PROOF OF SERVICE

US_ACTIVE-168109432

## SERVICE LIST

ROBERT KLYMAN, SBN 142723
rklyman@gibsondunn.com
DEBORAH L. STEIN, SBN 224570
dstein@gibsondunn.com
MICHAEL G. FARAG, SBN 315689
mfarag@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS LLOYDS INSURANCE COMPANY*

– 2 –
PROOF OF SERVICE
US_ACTIVE-168109432