CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stacy Elledge Chiang, CPA/CFF, CIRA
**Baker Tilly US, LLP**
3655 Nobel Drive, Suite 300
San Diego, CA 92122
www.bakertilly.com
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
GARDEN FRESH RESTAURANTS LLC,
                                                    Debtor.

BANKRUPTCY NO. 20-02477-LT7

ADVERSARY NO.

                                                    Plaintiff(s)

v.

                                                    Defendant(s)

# PROOF OF SERVICE

I, __Marjaneh Hernandez__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __9/12/2022__, I served the following documents:
*AMENDED* **FIRST INTERIM APPLICATION OF BAKER TILLY US, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX CONSULTANTS TO CHAPTER 7 TRUSTEE; DECLARATION OF STACY ELLEDGE CHIANG; EXHIBITS**

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __9/12/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **ON BEHALF OF DEBTOR:** Ashley Brooke Jordan    ajordan@reedsmith.com, lsimmonds@reedsmith.com
- **ON BEHALF OF DEBTOR:** Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; rudolph@ecf.inforuptcy.com; cashman-kramer@sullivanhill.com; cashman-kramer@ecf.inforuptcy.com
- David E Amaya    damaya@fisherphillips.com
- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;marcies@flgsd.com
- George B. Blackmar    gblackmar@bpslaw.net
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory Brown    gbrown@mccarronlaw.com
- Jamie Altman Buggy    jbuggy@cgs3.com, jkeatingwolk@cgs3.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Tad Devlin    tdevlin@kdvlaw.com
- Caroline Djang    cdjang@buchalter.com
- Michael G. Farag    mfarag@gibsondunn.com

CSD 3010

- Ari Friedman    afriedman@robinscloud.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- Michael R. Gibson    gibsonm@higgslaw.com, ketterin@higgslaw.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;marcies@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;marcies@flgsd.com
- David B. Golubchik    dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- Michael Good    mgood@southbaylawfirm.com
- Thomas B. Gorrill    tom@gorillalaw.com, r53431@notify.bestcase.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, emeza@lgbfirm.com
- Michael S. Greger    mgreger@allenmatkins.com
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Arthur Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;branchd@ballardspahr.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Cheryl Kenner    ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- Kaveh Keshmiri    kavehkeshmiri@gmail.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- Robert A. Klyman    rklyman@gibsondunn.com
- Ian S. Landsberg    ilandsberg@sklarkirsh.com
- Larissa L. Lazarus    Larissa@millerlegalcenter.com, mark@millerlegalcenter.com;larissa@millerlegalcenter.com;r52389@notify.bestcase.com;mlmcourtemails@gmail.com;mlmmyecf@gmail.com;paralegal@millerlegalcenter.com;mlc@millerlegalcenter.com
- Gregory Markow    jkeatingwolk@cgs3.com
- Jessica Marshall    jessica@pacificlawoffice.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Kevin P Montee    kmontee@monteefirm.com
- Adam Nach    adam.nach@lane-nach.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- Karina Padua    karina@calljacob.com
- R. Jason Read    Jason@rjlaw.com, angel@rjlaw.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com
- Allan D. Sarver    ads@asarverlaw.com
- David A. Shimkin    dshimkin@cozen.com
- Jason E. Turner    jturner@jturnerlawgroup.com, erika@jturnerlawgroup.com
- United States Trustee    ustp.region15@usdoj.gov
- Gabe Wright    gwright@hahnlaw.com, lmay@hahnlaw.com;cmbeitel@hahnlaw.com;ridebitetto@hahnlaw.com
- Lisa Yun Pruitt    LYun@sheppardmullin.com, pchavez@sheppardmullin.com
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com

| For Chpt. 7, 11, & 12 cases: | For ODD numbered Chapter 13 cases: | For EVEN numbered Chapter 13 cases: |
|---|---|---|
| X UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010

2. **Served by United States Mail**:

On  9/12/2022  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Christopher R. Barclay, CPA
Office of C.R. Barclay, CPA
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106

David M. Blau
Clark Hill PLC
151 S. Old Woodward Avenue
Suite 20
Birmingham, MI 48009

Dustin R. Branch
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

Gregory Adam Brown
McCaroon & Diess
576 Broadhollow Road, Suite 105
Melville, NY 11747

Ken Burton
1001 3rd Ave. W, Suite 240
Manatee County Tax Collector
Bradenton, FL 34205-7863

Hedmark III, LP
c/o Law Office of Christine E. Baur
4653 Carmel Mountain Road
Suite 308 #332
San Diego, CA 92130

Leslie C. Heilman
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

James B. Holden
Colorado Department of Law
1300 Broadway, 8th Fl
Denver, CO 80203

Bradford H. Hughes
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017

Fernando Landa
CGS3 LLP
12750 Highbluff Drive, Suite 250
San Diego, CA 92130

Ian S. Landsberg
1880 Century Park East, Suite 300
Los Angeles, CA 90067

Peter Muthig
Civil Service Division
225 W Madison Avenue
Phoenix, AZ 85003

Ernie Zachary Park
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

Paul F. Ready
1254 Box 1443
San Luius Obispo, CA 93406

Laurel D. Roglen
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Joshua S. Schoonover
3548 Seagate Way, Ste110
Oceanside, CA 92056

G. Andrews Slater
DOWLING AARON, INC.
8080 North Palm Avenue, Third Floor
Fresno, CA 93711

Deborah L. Stein
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Texas Comptroller of Public Accounts, Revenue
Accounting Division and Texas Workforce Commission
Courtney J. Hull
c/o Sherri Simpson, Paralegal
PO Box 12548
Austin, TX 78711-2548

Eugene S Thompson
Thompson Law, APC
9655 Granite Ridge Dr., Ste. 200
San Diego, CA 92123

CSD 3010

Melissa E. Valdez
Perdue Brandon Feilder Collins & Mott, L
1235 North Loop West, Suite 600
Houston, TX 77008

Waterhouse, LLC
c/o Law Office of Christine E. Baur
4653 Carmel Mountain Road
Suite 308 #332
San Diego, CA 92130

Westland Financial I, LLC
c/o Law Office of Christine E. Baur
4653 Carmel Mountain Road
Suite 308 #332
San Diego, CA 92130

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    9/12/2022
               (Date)

/s/ Marjaneh Hernandez
(Typed Name and Signature)

3655 Nobel Drive, Suite 300
(Address)
San Diego, CA 92122
(City, State, ZIP Code)

CSD 3010