CSD 2015 [09/01/22]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.,
Financial Law Group
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887; Facsimile (858) 454-9596
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

GARDEN FRESH RESTAURANTS LLC,

BANKRUPTCY NO. 20-02477-LT7

Debtor.

### OBJECTION TO CLAIM AND NOTICE THEREOF

TO: Aramark Uniform & Career Apparel, LLC fka Aramark
c/o Sheila R. Shwager
Hawley Troxell Ennis & Hawley LLP
P.O Box 1617, Boise, ID 83701

The ☒ Trustee ☐ Debtor ☐ Chapter 13 Trustee, except to the extent already paid by the Chapter 13 trustee, objects to the allowance of Court Claim No. 230 , (or if no Court number assigned, Trustee Claim No. _____ ) of Aramark Uniform & Career Apparel, LLC
(Name of Creditor) fka Aramark

filed for $ 117,062.28 , on the grounds it:

☐ Duplicates Claim No. _____ filed by _____

☐ The claim was filed after the expiration of the last date to file claims.

☐ Does not include an itemized statement of the account.

☐ Does not include a copy of the underlying judgment.

☐ Does not include a copy of the security agreement and evidence of perfection.

☐ Does not include a copy of the writing upon which it is based.

☐ Fails to assert grounds for priority.

For the following objections, attach and serve affidavits or declarations in accordance with LBR 9013-7(a)(1):

☐ Appears to include interest or charges accrued after the filing of this case on _____

☐ Other [State grounds and cite applicable Code section or case authority.]:

See Attached.

If you object to the proposed action:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

CSD 2015 [09/01/22]

2. **Within 30[1] days from the date of service of this motion**, you are further required to serve a copy of your **Declaration in Opposition to Motion** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 30-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

I hereby declare under penalty of perjury that the objection set forth above is true and correct to the best of my information and belief.

DATED: March 6, 2023

/s/ Leslie T. Gladstone
Trustee [Debtor]

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 6th day of March, 2023, I served a true copy of this OBJECTION TO CLAIM AND NOTICE THEREOF, together with the following pleadings on the following persons listed below by the mode of service shown below:

Pleadings:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On March 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

SEE ATTACHED

☒ Chapter 7 Trustee: candic@flgsd.com,christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net

☒ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 2015 [09/01/22]

2. **Served by United States Mail**:

On  March 6, 2023  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Kim Scott, President and CEO of Aramark Uniform & Career Apparel, LLC fka Aramark, 1115 N First St., Ste. 203, Burbank, CA, 91502-1857
Via Certified Mail - Return Receipt Requested
(Creditor)

Aramark Uniform & Career Apparel, LLC fka Aramark, c/o Sheila R. Shwager
Hawley Troxell Ennis & Hawley LLP
P.O Box 1617, Boise, ID 83701
Via First Class Mail - Postage Paid
Creditor

SEE ATTACHED SERVICE LIST

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under FRCP 5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  March 6, 2023                 /s/ Candi Collins
                (Date)                     (Typed Name and Signature)

                                           5656 La Jolla Blvd.,
                                           (Address)

                                           La Jolla, CA 92037
                                           (City, State, ZIP Code)

# SERVICE LIST

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- David E Amaya    damaya@fisherphillips.com
- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com
- George B. Blackmar    gblackmar@bpslaw.net
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Gregory Brown    gbrown@mccarronlaw.com
- Jamie Altman Buggy    jbuggy@harvestllp.com, jkeatingwolk@cgs3.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Tad Devlin    tdevlin@kdvlaw.com
- Caroline Djang    cdjang@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- Michael G. Farag    mfarag@gibsondunn.com
- Ari Friedman    afriedman@robinscloud.com
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- Michael R. Gibson    gibsonm@higgslaw.com, ketterin@higgslaw.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com
- David B. Golubchik    dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- Michael Good    mgood@southbaylawfirm.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,myuen@elkinskalt.com,1648609420@filings.docketbird.com
- Michael S. Greger    mgreger@allenmatkins.com
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Arthur Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com;branchd@ballardspahr.com
- Ashley Brooke Jordan    ajordan@reedsmith.com, lsimmonds@reedsmith.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Cheryl Kenner    ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- Kaveh Keshmiri    kavehkeshmiri@gmail.com
- Dean T. Kirby    dkirby@fsl.law, jwilson@fsl.law
- Robert A. Klyman    rklyman@gibsondunn.com
- Ian S. Landsberg    ilandsberg@sklarkirsh.com
- Larissa L. Lazarus    Larissa@millerlegalcenter.com, mark@millerlegalcenter.com;larissa@millerlegalcenter.com;r52389@notify.bestcase.com;mlmcourtemails@gmail.com;mlmmyecf@gmail.com;paralegal@millerlegalcenter.com;mlc@millerlegalcenter.com
- Gregory Markow    jkeatingwolk@cgs3.com

- Jessica Marshall    jessica@pacificlawoffice.com
- Kevin P Montee    kmontee@monteefirm.com
- Adam Nach    adam.nach@lane-nach.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov
- Karina Padua    karina@calljacob.com
- R. Jason Read    Jason@rjlaw.com, angel@rjlaw.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com
- Allan D. Sarver    ads@asarverlaw.com
- Thomas K. Shanner    toby@shannerlaw.com, shannerecf@gmail.com,william@shannerlaw.com;SR73965@notify.bestcase.com
- David A. Shimkin    dshimkin@cozen.com
- Jason E. Turner    jturner@jturnerlawgroup.com
- United States Trustee    ustp.region15@usdoj.gov
- Gabe Wright    gwright@hahnlaw.com, lmay@hahnlaw.com;cmbeitel@hahnlaw.com;ridebitetto@hahnlaw.com
- Roye Zur    rzur@elkinskalt.com, vrichmond@lgbfirm.com

### TO BE SERVED BY U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID

Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Ste. 510
Whittier, CA 90602-1797
***Special Notice Attorney for Franciscan AAH, LLC a California LLC***

Clark Hill PLC
c/o David M. Blau, Esq.
151 S. Old Woodward Ave., Ste. 20
Birmingham, MI 48009
***Special Notice Attorney for Pleasant Hill Crescent Drive Investors, LLC, Vestar Best in the West Property, LLC, Vestar Bowles Crossing, LLC, and Vestar DRM-OPCO, L.L.C.***

Kevin M. Lippman, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Ste.3800
Dallas, Texas 75201
***Special Notice Attorney for*** CSRA Komar Desert Center Master Lessee, LLC

Ken Burton, Jr., Tax Collector
1001 3rd Ave. W, Ste. 240
Manatee County Tax Collector
Bradenton, FL 34205-7863
***Special Notice Creditor***

| | |
|---|---|
| 1 | James B. Holden, Esq., |
| 2 | Colorado Department of Law |
|   | 1300 Broadway, 8th Floor |
|   | Denver, CO 80203 |
| 3 | ***Special Notice Attorney for Ralph L. Carr Colorado Judicial Center*** |
| 4 | |
|   | G. Andrew Slater, Esq., |
| 5 | Dowling Aaron Incorporated |
|   | 8080 North Palm Ave., Third Floor |
| 6 | P.O. Box 28902 |
|   | Fresno, CA 93729 |
| 7 | ***Special Notice Attorney for Julio A. Martin Family Trust Dated 12/5/2003*** |
| 8 | |
|   | Texas Comptroller of Public Accounts, Revenue Accounting Division |
| 9 | and Texas Workforce Commission |
|   | Courtney J. Hull |
| 10 | c/o Sherri Simpson, Paralegal |
|   | PO Box 12548 |
| 11 | Austin, TX 78711-2548 |
|   | ***Special Notice Creditor*** |
| 12 | |
| 13 | The Woodlands Metro Center MUD and The Woodlands Road Utility District #1 and |
|   | The Spring Branch ISD |
| 14 | c/o Melissa E. Valdez, Esq., |
|   | Perdue Brandon Feilder Collins & Mott, L.L.P. |
| 15 | 1235 North Loop West, Ste. 600 |
|   | Houston, TX 77008 |
| 16 | ***Special Notice Creditor*** |
| 17 | |
|   | Hoppe Properties, LLC |
| 18 | 8070 La Jolla Shores Dr., PMB 610 |
|   | La Jolla, CA 92037 |
| 19 | ***Special Notice Creditor*** |
| 20 | |
|   | United States Trustee |
| 21 | Office of the U.S. Trustee |
|   | 880 Front Street, Ste. 3230 |
| 22 | San Diego, CA 92101 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

FINANCIAL
LAW GROUP

3

IN RE GARDEN FRESH RESTAURANTS LLC
CASE NO. 20-02477-LA7
SERVICE LIST

**ATTACHMENT TO OBJECTION TO CLAIM NO. 230**

The Trustee objects to the portion of Claim No. 230 that alleges entitlement to priority under Bankruptcy Code Section 503(b)(1)(A) in the amount of $57,656.62.

The documents provided in support of the claim are invoices for which all but two (2) are dated prior to the bankruptcy filing of May 14, 2020.  Moreover, the Trustee did not contract with or assume the contract of this creditor and so this executory contract was rejected as of the bankruptcy filing date.  Consequently, the allegation that $57,656.62 pertains to post-petition invoices is both factually and legally incorrect.

The Trustee requests that this claim be allowed in its entirety as a general non-priority unsecured claim.

In re Garden Fresh Restaurants, LLC<br>
Case No. 20-02477-LT7<br>
Attachment