**PROOF OF SERVICE**[1]

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **December 13, 2023,** I served a true and correct copy of the following document(s):

**TRUSTEE'S MOTION TO APPROVE AUCTION PROCEDURES AND FOR AUTHORITY TO SELL ESTATE'S INTEREST IN SETTLEMENT PROCEEDS OF CLASS ACTION LAWSUIT PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE AUCTION PROCEDURES AND FOR AUTHORITY TO SELL ESTATE'S INTEREST IN SETTLEMENT PROCEEDS OF CLASS ACTION LAWSUIT PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE AUCTION PROCEDURES AND FOR AUTHORITY TO SELL ESTATE'S INTEREST IN SETTLEMENT PROCEEDS OF CLASS ACTION LAWSUIT PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

**NOTICE OF HEARING AND MOTION ON SALE OF PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS**

on the parties in this action as follows:

**X**     **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **December 13, 2023**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **David E Amaya**    damaya@fisherphillips.com
- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com; leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar**    gblackmar@bpslaw.net
- **Michael D. Breslauer, Special Notice Attorney for Creditor The Malashock 1981 Truste**  mbreslauer@swsslaw.com, wyones@swsslaw.com
- **Gregory Brown, Special Notice Attorney for Creditor FreshPoint Denver**  gbrown@mccarronlaw.com
- **Jamie Altman Buggy, Special Notice Attorney for Creditor CLPF**    jbuggy@harvestllp.com, jkeatingwolk@cgs3.com
- **Jeffrey D. Cawdrey, Special Notice Attorney for Creditor PLH Holdings, LLC Series 1**  jcawdrey@gordonrees.com, sdurazo@grsm.com
- **Tad Devlin**    tdevlin@kdvlaw.com
- **Caroline Djang**    cdjang@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

---

[1] Pursuant to the Order on Emergency Motion For Order Establishing Notice Procedures (ECF No. 30) Noticing is limited.

- **Michael G. Farag**   mfarag@gibsondunn.com
- **Ari Friedman**   afriedman@robinscloud.com
- **Jerome Bennett Friedman, Special Notice Attorney for Creditor Del Amo Associates.**
  jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com; cbryant@flg-law.com
- **Leslie T. Gladstone**   candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com; ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Leslie T. Gladstone**   lesliег@flgsd.com, candic@flgsd.com;sandray@flgsd.com; christinb@flgsd.com; andrewl@flgsd.com;janetg@flgsd.com
- **David B. Golubchik**   dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- **Michael Good, Special Notice Attorney for Creditor SPGG Properties**
  mgood@southbaylawfirm.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, rzur@elkinskalt.com,cavila@elkinskalt.com,1648609420@filings.docketbird.com
- **Michael S. Greger**   mgreger@allenmatkins.com
- **Sasha M. Gurvitz, Special Notice Attorney for Creditor Cerberus Business Finance LLC**
  sgurvitz@ktbslaw.com
- **Arthur Kenneth Hennesay**   khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Brian D. Huben, Special Notice Attorney for Creditor UBS Realty Investors LLC**
  hubenb@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com;branchd@ballardspahr.com
- **Ashley Brooke Jordan**   ajordan@reedsmith.com, lsimmonds@reedsmith.com
- **Gerald P. Kennedy, Special Notice Attorney for Creditor Bear Realty, LLC**
  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- **Cheryl Kenner, Special Notice Attorney for Creditor Segunda Gonzalez**
  ckenner@shegerianlaw.com, calendarclerk@shegerianlaw.com
- **Kaveh Keshmiri**   kavehkeshmiri@gmail.com
- **Dean T. Kirby**   dkirby@fsl.law, jwilson@fsl.law
- **Robert A. Klyman**   rklyman@gibsondunn.com
- **Ian S. Landsberg, Special Notice Attorney for Creditor Piazza Carmel and Yaecol Investments**
  ilandsberg@sklarkirsh.com
- **Larissa L. Lazarus**   Larissa@millerlegalcenter.com, mark@millerlegalcenter.com; larissa@millerlegalcenter.com;r52389@notify.bestcase.com;mlmcourtemails@gmail.com;mlmmyecf@gmail.com;paralegal@millerlegalcenter.com;mlc@millerlegalcenter.com
- **Gregory Markow**   jkeatingwolk@cgs3.com
- **Jessica Marshall**   jessica@pacificlawoffice.com
- **Taylor McGrew**   taylor@theburgesslawgroup.com
- **Kevin P Montee, Special Notice Attorney for Creditor Burgundy Bear LTD**
  kmontee@monteefirm.com
- **Adam Nach, Special Notice Attorney for Creditor DeRito Talking Stick South LLC**
  adam.nach@lane-nach.com
- **Karina Padua**   karina@calljacob.com
- **R. Jason Read, Special Notice Attorney for Creditor Schoenmann Produce and Victoria Pacific Trading Corp.**   Jason@rjlaw.com, angel@rjlaw.com
- **Julie H. Rome-Banks, Special Notice Attorney for Creditor Facchino La Barbera Bernal Plaza LLP**   julie@bindermalter.com
- **Gary B. Rudolph, Attorney for Debtor**   rudolph@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com
- **Allan D. Sarver, Special Notice Attorney for Creditor Shapell So Cal Rental Properties**
  ads@asarverlaw.com
- **Thomas K. Shanner**   toby@shannerlaw.com, shannerecf@gmail.com, william@shannerlaw.com; SR73965@notify.bestcase.com

- **Jason E. Turner**   jturner@jturnerlawgroup.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Gabe Wright, Special Notice Attorney for Creditor Roubin Associates**   gwright@hahnlaw.com, lmay@hahnlaw.com; cmbeitel@hahnlaw.com;ridebitetto@hahnlaw.com
- **Roye Zur**   rzur@elkinskalt.com, vrichmond@lgbfirm.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**   **by U.S. CERTIFIED MAIL SERVICE, POSTAGE PREPAID SERVICE, (as indicated)** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
*Attorneys for Secured Creditor, Cerberus Business Finance LLC*
VIA U.S. MAIL CERTIFIED MAIL SERVICE,
RETURN RECEIPT REQUESTED

**X**   **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Office of the U.S. Trustee
880 Front Street, Third Floor, Suite 3230
San Diego, CA 92101
**Special Notice**

Gary B. Rudolph, Esq.
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101
*Attorney for Debtor*

David M. Blau
Clark Hill PLC
151 S. Old Woodward Avenue
Suite 20
Birmingham, MI 48009
**Special Notice Attorneys**

| | |
|---|---|
| 1 | David A. Sosne, Esq. |
|   | SUMMERS COMPTON WELLS LLC |
| 2 | 8909 Ladue Road St. |
|   | Louis, MO 63124 |
| 3 | **Special Notice Attorneys** |
| 4 | |
|   | Christine E. Baur, Esq. |
| 5 | LAW OFFICE OF CHRISTINE E. BAUR |
|   | 4653 Carmel Mountain Road |
| 6 | Suite 308 #332 |
|   | San Diego, CA 92130 |
| 7 | **Special Notice Attorneys** |
| 8 | Hoppe Properties, LLC |
|   | 8070 La Jolla Shores Dr, PMB 610, |
| 9 | La Jolla, CA 92037 |
| 10 | **Special Notice Creditor** |
| 11 | Ernie Zachary Park |
|   | BEWLEY, LASSLEBEN & MILLER, LLP |
| 12 | 13215 E. Penn Street |
|   | Suite 510 |
| 13 | Whittier, CA 90602-1797 |
|   | **Special Notice Attorneys** |
| 14 | |
|   | Kevin M. Lippman, Esq. |
| 15 | Munsch Hardt Kopf & Harr, P.C. |
|   | 500 N. Akard Street, Suite 3800 |
| 16 | Dallas, Texas 75201 |
| 17 | **Special Notice Attorneys** |
| 18 | Ken Burton |
|   | 1001 3rd Ave. W, Suite 240 |
| 19 | Manatee County Tax Collector |
|   | Bradenton, FL 34205-7863 |
| 20 | **Special Notice Attorneys** |
| 21 | James B. Holden |
|   | Colorado Department of Law |
| 22 | 1300 Broadway, 8th Fl |
|   | Denver, CO 80203 |
| 23 | **Special Notice Attorneys** |
| 24 | |
|   | G. Andrews Slater |
| 25 | DOWLING AARON, INC. |
|   | 8080 North Palm Avenue, Third Floor |
| 26 | Fresno, CA 93711 |
|   | **Special Notice Attorneys** |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission |
| | Courtney J. Hull |
| 2 | c/o Sherri Simpson, Paralegal |
| | PO Box 12548 |
| 3 | Austin, TX 78711-2548 |
| 4 | **Special Notice Attorneys** |
| 5 | Melissa E. Valdez |
| | Perdue Brandon Feilder Collins & Mott, L |
| 6 | 1235 North Loop West, Suite 600 |
| | Houston, TX 77008 |
| 7 | **Special Notice Attorneys** |
| 8 | Michael R. Gibson, Esq. |
| | HIGGS FLETCHER & MACK, LLP |
| 9 | 401 West A Street, Suite 2600 |
| | San Diego, CA 92101 |
| 10 | **Special Notice Attorneys** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **December 13, 2023**, at La Jolla, California.

/s/ Sandra Young
Sandra Young