CSD 3011 [07/01/18]

Name, Address, Telephone No. & I.D. No.

William P. Fennell (SBN 164210)
Hala Hammi (SBN 347425)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, CA 92101
Tel: (619) 325-1560 / Fax: (619) 325-1558
william.fennell@fennelllaw.com / hala.hammi@fennelllaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re GARDEN FRESH RESTAURANTS LLC; DBA SOUPLANTATION; DBA SWEET TOMATOES; DBA SO PLANTATION FIELD KITCHEN; DBA SOUPLANTATION EXPRESS, Debtor | BANKRUPTCY NO. 20-02477-CL7 |
| N/A Plaintiff(s) | ADVERSARY NO. N/A |
| v. N/A Defendant(s) | |

# SUBSTITUTION OF ATTORNEY AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.

//

//

//

//

DATED:

________________________________
Judge, United States Bankruptcy Court

1 The name of the party making this Substitution of Attorney is : PACA Creditors (see Attachment A)

2 The Present Attorney is substituted out as attorney or record.

Specify name of Present Attorney: Dean R. Kirby ("Resigned" - see Attachment B)

3 In place and stead of the Present Attorney, the Party's new legal representative will be:

☒ New Attorney ☐ Party representing self.

4 The name, address and telephone number of the New Attorney are:

Attorney Name: William P. Fennell, Esq. State Bar Number 164210

Address: 600 West Broadway, Suite 930
San Diego, CA 92101

Telephone: 619-325-1560 Facsimile 619-325-1558

E-Mail (Optional): william.fennell@fennelllaw.com

5. New Attorney hereby appears in the following matters: ☒ Bankruptcy Case ☐ The above Adversary Proceeding

I consent to this substitution.

Dated: November 20, 2025 See Attachment B
Signature of Party

Type Name of Party: Freshpoint Atlanta, Inc. & Freshpoint entities
~Consents of the additional PACA Creditors on page 3.~

---

I consent to this substitution.

Dated: N/A Resigned - See Attachment B
Signature of Present Attorney

Type Name of Present Attorney: Dean R. Kirby, resigned and unreachable.

---

I consent to this substitution. I am duly admitted to practice in this district.

Dated: November 20, 2025 /s/ William P. Fennell
Signature of New Attorney

Type Name of New Attorney: William P. Fennell, Esq.

---

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

I consent to this substitution.

Dated: See Attachment B

Signature of Party

Type Name of Party: Premier Produce of South Florida, LLC

---

I consent to this substitution.

Dated: See Attachment B

Signature of Party

Type Name of Present Attorney: Willie Itule Produce, Inc.

---

# Attachment A

**In re Garden Fresh Restaurants LLC, et al.** **Case No. 20-02477-CL 7**

# ATTACHMENT A

PACA Creditors include: Freshpoint Atlanta, Inc. (including its cooperative entities, Freshpoint Central California, Inc.; Freshpoint Central Florida, Inc.; Freshpoint Denver, Inc.; and Freshpoint Southern California, Inc.); Freshpoint Central California, Inc.; Freshpoint Central Florida, Inc.; Freshpoint Denver, Inc.; Freshpoint Southern California, Inc.; Freshpoint South Florida, Inc.; Premier Produce of South Florida, LLC; and Willie Itule Produce, Inc.

# Attachment B

**ATTACHMENT "B"**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FRESHPOINT ATLANTA, INC., et al.,
Plaintiffs,

v.

JOHN W. HAYWOOD, et al.,
Defendants.

Case No. 20-cv-1065-MMA-DTF

**ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL**

[Doc. No. 32]

On September 5, 2025, Plaintiffs Freshpoint Atlanta, Inc., Freshpoint Central California, Inc., Freshpoint Central Florida, Inc., Freshpoint Denver, Inc., Freshpoint Southern California, Inc., Freshpoint South Florida, Inc., Premier Produce of South Florida, LLC, and Willie Itule Produce, Inc. (collectively "Plaintiffs") filed a motion, *ex parte*, to substitute the Law Office of William P. Fennell, A.P.L.C. ("Fennell Law"), as their counsel of record, in place of Dean T. Kirby, Jr. ("Mr. Kirby"). Doc. No. 32 at 1–2. Plaintiffs indicate that lead counsel, Mr. Gregory A Brown, appearing *pro hac vice*, will remain as counsel. *Id.* at 2. Defendants John W. Haywood, Donald Breen, Robert Allbritton, Duncan Evans, Joanne Ochsman, and Erin Donofrio (collectively "Defendants") filed no response.

**ATTACHMENT "B"**

**ATTACHMENT "B"**

An attorney may not withdraw as counsel of record except by leave of the court. *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The "decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Westhoff Vertriebsges mbH v. Berg*, No. 22-CV-0938-BAS-SBC, 2024 WL 947803 *1 (S.D. Cal. Feb. 14, 2024) (quoting *Garrett v. Ruiz*, No. 11-CV-2540-IEG WVG, 2013 WL 163420 *2 (S.D. Cal. Jan. 14, 2013)) (internal quotation marks omitted).

Civil Rule 83.3.f requires that a party seeking to substitute counsel "must appear in person or appoint another attorney by a written substitution of attorney signed by the party, the attorney ceasing to act, and the newly appointed attorney, or by a written designation filed in the case and served upon the attorney ceasing to act, unless attorney is deceased, in which event the designation of a new attorney will so state." CivLR 83.3.f.2.

As to the local rules, Plaintiffs' proposed new counsel, William P. Fennell and Hala Hammi of the Law Offices of William P. Fennell, A.P.L.C., submit the following signatures consenting to their substitution in as counsel for Plaintiffs: (1) Mark Krane, Sr. Director of Credit and Collections for Freshpoint Atlanta, Inc.;[1] (2) Jim Chlebogiannis, President of Premier Produce Central Florida, LLC; and (3) William Itule, President of Willie Itule Produce, Inc. Doc. No. 32 at 3–5. Mr. Fennell Likewise affirms that he accepts the substitution. *Id.* Plaintiffs indicate, however, that they have not served the motion on Mr. Kirby, as his "licensing status with the State Bar of California is not 'eligible to practice law.'" *Id.* at 2. Rule 83.3, however, specifies the only circumstance upon which the attorney to be replaced need not be served: death. CivLR 83.3.f.2. Nevertheless, the Court's CM/ECF system indicates that a notice of electronic service

---

[1] The motion indicates that "Freshpoint Atlanta, Inc., signs and consents to this substitution for its cooperative entities: Freshpoint Central California, Inc., a Delaware corporation; Freshpoint Central Florida, Inc., a Florida corporation; Freshpoint Denver, Inc., a Colorado corporation; and Freshpoint Southern California, Inc., a California corporation." Doc. No. 32 at 5n.1.

**ATTACHMENT "B"**

**ATTACHMENT "B"**

was sent to Mr. Kirby upon the motion's filing. *See* Doc. No. 32. Thus, Plaintiffs have effectively complied with the local civil rules.

As to Mr. Kirby's withdrawal, Plaintiffs seek to substitute him because he is no longer able to practice law in California.[2] Doc. No. 32 at 2. The Court takes judicial notice that the California State Bar websites indicates that Mr. Kirby's current status is "resigned."[3] The Court may take judicial notice of information on government websites and "official acts" of government agencies. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010); *Gallagher v. Philipps*, 563 F. Supp. 3d 1048, 1070–71 (S.D. Cal. 2021); *Greenfield MHP Assocs., L.P. v. Ametek, Inc.*, 145 F. Supp. 3d 1000, 1007 (S.D. Cal. 2015). As the case is stayed pending resolution of Garden Fresh Restaurants LLC's bankruptcy proceeding, Doc. No. 27 at 11, and Defendants filed no opposition to the motion, the Court finds there is no risk of prejudice to Defendants, undue delay, injustice, or any other factor weighing against substitution.

Upon due consideration, good cause appearing, the Court **GRANTS** the motion to substitute counsel and **DIRECTS** the Clerk of Court to update the docket accordingly. Further, Plaintiffs are **ORDERED** to serve a copy of this Order on all interested parties in the Bankruptcy proceeding.

**IT IS SO ORDERED**.

Dated: September 9, 2025

HON. MICHAEL M. ANELLO
United States District Judge

---

[2] Plaintiffs indicate that Mr. Kirby is "unable to consent to this substitution in writing" for that same reason. Doc. No. 32 at 2.

[3] https://apps.calbar.ca.gov/attorney/Licensee/Detail/90114

**ATTACHMENT "B"**

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Law Office of William P. Fennell, A.P.L.C., 600 West Broadway, Suite 930, San Diego, CA 92101.

On November 20, 2025, I served the foregoing document(s), described as:

**SUBSTITUTION OF ATTORNEY AND ORDER THEREON**

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"): Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On November 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **David E Amaya** - damaya@fisherphillips.com
- **Christin A. Batt** - christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com; leslieg@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com
- **George B. Blackmar** - gblackmar@bpslaw.net
- **Dustin P. Branch** - branchd@ballardspahr.com
- **Michael D. Breslauer** - mbreslauer@swsslaw.com, Kwolff@swsslaw.com
- **Gregory Brown** - gbrown@mccarronlaw.com
- **Jamie Altman Buggy** - jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com, atenreiro@harvestllp.com
- **Jeffrey D. Cawdrey** - jcawdrey@gordonrees.com, asoto@grsm.com;amatthews@grsm.com; madeyemo@grsm.com
- **Tad Devlin** - tdevlin@kaufmandolowich.com
- **Caroline Djang** - cdjang@buchalter.com, lverstegen@buchalter.com; docket@buchalter.com
- **Michael G. Farag** - mfarag@gibsondunn.com
- **William P. Fennell** - william.fennell@fennelllaw.com, wpf@ecf.courtdrive.com; samantha.larimer@fennelllaw.com; Hala.Hammi@fennelllaw.com; naomi.cwalinski@fennelllaw.com; deanna.maayaa@fennelllaw.com; office@fennelllaw.com; Fennell.WilliamP.B143386@notify.bestcase.com
- **Ari Friedman** - afriedman@wisnerbaum.com
- **Jerome Bennett Friedman** - jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; cbryant@flg-law.com

- **Leslie T. Gladstone** - candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com; hildam@flgsd.com
- **Leslie T. Gladstone** - leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com
- **David B. Golubchik** - dbg@lnbyg.com, dbg@ecf.inforuptcy.com
- **Michael Good** - mgood@southbaylawfirm.com
- **Michael I. Gottfried** - mgottfried@elkinskalt.com, rzur@elkinskalt.com,1648609420@filings.docketbird.com
- **Michael S. Greger** - mgreger@allenmatkins.com
- **Sasha M. Gurvitz** - sgurvitz@ktbslaw.com
- **Arthur Kenneth Hennesay** - khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Brian D. Huben** - hubenb@ballardspahr.com, carolod@ballardspahr.com; zarnighiann@ballardspahr.com; branchd@ballardspahr.com
- **Ashley Brooke Jordan** - ajordan@reedsmith.com, lsimmonds@reedsmith.com
- **Gerald P. Kennedy** - gerald.kennedy@procopio.com, anant.pandadiya@procopio.com; calendaring@procopio.com
- **Cheryl Kenner** - c.kenner@calljustice.com, calendarclerk@shegerianlaw.com
- **Kaveh Keshmiri** - kavehkeshmiri@gmail.com
- **Dean T. Kirby** - dkirby@fsl.law, jwilson@fsl.law
- **Robert A. Klyman** - robert.klyman@us.dlapiper.com
- **Ian S. Landsberg** - ilandsberg@sklarkirsh.com
- **Larissa L. Lazarus** - Larissa@millerlegalcenter.com, mark@millerlegalcenter.com; larissa@millerlegalcenter.com; r52389@notify.bestcase.com; mlc@millerlegalcenter.com; LawOfficesofMarkLMiller@jubileebk.net;ValleyBankruptcyCenter@jubileebk.net
- **Andrew Levin** - andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com; candic@flgsd.com; hildam@flgsd.com
- **Gregory Markow** - jkeatingwolk@cgs3.com
- **Jessica Marshall** - jnm@dkmlawgroup.com
- **Taylor McGrew** - tmcgrew@fisherphillips.com
- **Kevin P Montee** - kmontee@monteefirm.com
- **Adam Nach** - adam.nach@lane-nach.com
- **Karina Padua** - karina@calljacob.com
- **R. Jason Read** - Jason@rjlaw.com, angel@rjlaw.com
- **Julie H. Rome-Banks** - julie@bindermalter.com
- **Gary B. Rudolph** - grudolph@fennemorelaw.com, kcashman-kramer@fennemorelaw.com; jhill@fennemorelaw.com; ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com; vidovich@ecf.inforuptcy.com; rudolph@ecf.inforuptcy.com
- **Allan D. Sarver** - ads@asarverlaw.com
- **Thomas K. Shanner** - toby@shannerlaw.com, shannerecf@gmail.com, william@shannerlaw.com; SR73965@notify.bestcase.com
- **Jason E. Turner** - jturner@jturnerlawgroup.com, assistant@jturnerlawgroup.com
- **United States Trustee** - ustp.region15@usdoj.gov
- **John Jackson Waste** - jwaste@fennemorelaw.com
- **Gabe Wright** - gwright@hahnlaw.com, cmbeitel@hahnlaw.com; ridebitetto@hahnlaw.com; mkanamori@hahnlaw.com
- **Roye Zur** - rzur@elkinskalt.com, vrichmond@lgbfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2025

*_/s/Naomi Cwalinski_*
Naomi Cwalinski