# Notice Recipients

District/Off: 0974−3    User: Admin.    Date Created: 11/21/2025
Case: 20−02477−CL7    Form ID: pdfO6    Total: 117

**Recipients of Notice of Electronic Filing:**

ust United States Trustee ustp.region15@usdoj.gov
tr Leslie T. Gladstone candic@flgsd.com
aty Andrew Levin andrewl@flgsd.com
aty Ashley Brooke Jordan ajordan@reedsmith.com
aty Christin A. Batt christinb@flgsd.com
aty Gary B. Rudolph grudolph@fennemorelaw.com
aty Leslie T. Gladstone leslieg@flgsd.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Garden Fresh Restaurants LLC 15822 Bernardo Center Drive, Suite C San Diego, CA 92127
aty David Ortiz DOJ−Ust 880 Front Street David A. Ortiz Suite 3230 San Diego, CA 92101
14766908 047 Michael D. Breslauer, Esq. Solomon Ward et al LLP 401 B St #1200 San Diego, CA 92101
14769406 Adam B. Nach Lane & Nach, P.C. 2001 E. Campbell St., #103 Phoenix, AZ 85016
14766897 Allan D. Sarver, Esq., 16000 Ventura Blvd., Suite 1000 Encino, CA 91436
14766814 Apollo Investment Corporation Cerberus Business Finance, LLC 875 Third Avenue New York, NY 10022
14766778 Atalanta Corporation PO Box 74008466 Chicago, IL 60674
14766786 Billups Inc. PO Box 22012 New York, NY 10087
14766802 Brian D. Huben, Esq. Dustin P. Branch, Esq. BALLARD SPAHR LLP 2029 Century Park East, Suite 800 Los Angeles, CA 90067
14766801 Burgundy Bear, LTD c/o Montee Law Firm, APC Attn: Kevin Montee, Esq. 1250−I Newell Ave., Suite 149 Walnut Creek, CA 94596
14766853 Burgundy Bear, Ltd. 5955 Coronado Ln. Pleasanton CA, 94588
14766799 CAROLINE DJANG BEST BEST & KRIEGER LLP 18101 Von Karman Avenue, Suite 1000 Irvine, California 92612
14766779 CRUNCHTIME INFORMATION SYSTEMS 129 PORTLAND STREET Boston, MA 02114
14766921 CSRA Komar Desert Center, DST c/o Pacific Coast Commercial Real Estate 41 Corporate Park Ste. 230 Irvine CA 92606
14766787 CTI Foods Po Box 654030 Dallas, TX 75265
14768324 Cheryl A. Kenner, State Bar No. 305758 SHEGERIAN & ASSOCIATES, INC. 145 South Spring Street, Suite 400 Los Angeles, California 90012
14766811 Christine E. Baur, Esq. LAW OFFICE OF CHRISTINE E. BAUR 4653 Carmel Mountain Road, Ste 308 #332 San Diego, CA 92130
14766806 Clark Hill PLC c/o David M. Blau, Esq. 151 S. Old Woodward Avenue, Suite 200 Birmingham, MI 48009
14766793 Clearwater Fine Foods Usa Inc Po Box 12416 Newark, NJ 07101
14766810 David A. Sosne, Esq. SUMMERS COMPTON WELLS LLC 8909 Ladue Road St. Louis, MO 63124
14766839 David A. Sosne, Esq. Summers Compton Wells LLC 8909 Ladue Road St. Louis, MO 63124
14766843 David A. Sosne, Esq. Summers Compton Wells LLC 8909 Ladue Road St. Louis, MO 63124
14769753 David M. Blau Clark Hill PLC 151 S. Old Woodward Avenue Suite 20 Birmingham, MI 48009
14772567 David M. Blau Clark Hill PLC 151 S. Old Woodward Avenue Suite 200 Birmingham, MI 48009
14766877 Duesenberg Investment Company, LLC c/o Topa Management Company Attn: President 1900 Avenue of the Stars, Ste. 425 Los Angeles, CA 90067−4126
14766883 Duesenberg Investment Company, LLC c/o Topa Management Company Attn: President 1900 Avenue of the Stars, Ste. 425 Los Angeles, CA 90067−4126
14766988 ERNIE ZACHARY PARK BEWLEY, LASSLEBEN & MILLER, LLP 13215 E. Penn Street Suite 510 Whittier, CA 90602−1797
14766794 Ecolab Incorporated PO Box 100512 Pasadena, CA 91189
14783437 Fernando Landa Jamie Altman Buggy CGS3, LLP 12750 High Bluff Drive, Suite 250 San Diego, California 92130
14766820 Franchise Tax Board PO Box 2952 Sacramento, CA 95812−2952
14766935 Franciscan AAH, LLC c/o The Festival Companies 5901 W Century Blvd., Ste. 700 Los Angeles CA 90045
14772811 G. Andrew Slater 8080 North Palm Avenue Third Floor Fresno, CA 93711
14766805 GEORGE B. BLACKMAR, Bar No. 105471 BLACKMAR, PRINCIPE & SCHMELTER, APC 600 B Street, Suite 2250 San Diego, CA 92101
14766815 Garden Fresh Holdings, LLC Perpetual Capital Partners 1000 Wilson Blvd., Ste. 2700 Arlington, VA 22209−3921
14773377 Gregory Brown, Esq. McCarron & Diess 576 Broadhollow Road, Suite 105 Melville, New York 11747
14766838 Hedmark III, LP Attn: David Mars PO Box 44033 St. Louis MO, 63144
14766812 Hoppe Properties, LLC 8070 La Jolla Shores Dr PMB 610, La Jolla, CA 92037

14766841 Hoppe Properties, LLC 8070 La Jolla Shores Dr. PMB 610 La Jolla CA, 92037
14766817 INTERNAL REVENUE SERVICE PO BOX 24017 FRESNO, CA 93779
14766819 IRS − Insolvency Division PO Box 7346 Philadelphia, PA 19114
14766891 Ian Landsberg, Esq. Sklar Kirsh, LLP 1880 Century Park E, Ste. 300 Los Angeles, CA 90067−1631
14766901 Ian Landsberg, Esq. Sklar Kirsh, LLP 1880 Century Park E, Ste. 300 Los Angeles, CA 90067−1631
14767417 Ian S. Landsberg, Esq. Sklar Kirsh, LLP 1880 Century Park East, Suite 300 Los Angeles, CA 90067
14766833 Ivan M. Gold, Esq., Allen Matkins Leck Gamble, et al Three Embarcadero Center, 12th Floor San Francisco, CA 94111−4074
14766881 Ivan M. Gold, Esq., Allen Matkins Leck Gamble, et al Three Embarcadero Center, 12th Floor San Francisco, CA 94111−4074
14766934 Ivan M. Gold, Esq., Allen Matkins Leck Gamble, et al Three Embarcadero Center, 12th Floor San Francisco, CA 94111−4074
14770319 J. Bennett Friedman FRIEDMAN LAW GROUP, P.C. 1901 Avenue of the Stars, Suite 1000 Los Angeles, California 90067
14766780 JC Foodservice Inc. dba Action Sales 829 Monterey Pass Rd Monterey Park, CA 91754
14766813 JEFFREY D. CAWDREY GORDON REES SCULLY MANSUKHANI, LLP 101 W. Broadway, Suite 2000 San Diego, CA 92101
14770440 James B. Holden Colorado department of Law 1300 Broadway, 8th Fl. Denver, CO 80203
14769576 Jamie Altman Buggy (SBN 280075) CGS3, LLP 12750 High Bluff Drive, Suite 250 San Diego, California 92130
14766847 Jenny Hyun, Esq., Weingarten Realty Investors 2600 Citadel Plaza Drive, Ste. 125 Houston, TX 77008
14766875 Jenny Hyun, Esq., Weingarten Realty Investors 2600 Citadel Plaza Drive, Ste. 125 Houston, TX 77008
14766932 Jenny Hyun, Esq., Weingarten Realty Investors 2600 Citadel Plaza Drive, Ste. 125 Houston, TX 77008
14766788 Joy Cone Co. Joy Lockbox PO BOX 71972 Chicago, IL 60694
14767416 Julie H. Rome−Banks Binder & Malter LLP 2775 Park Avenue Santa Clara, CA 95050
14768869 KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR 1001 3RD AVE. W, STE. 240 BRADENTON, FL 34205−7863
14766795 Kent Precision Foods Group Inc 26948 Network Place Chicago, IL 60673
14768669 Kevin M. Lippman, Esq. Munsch Hardt Kopf & Harr, P.C. 500 N. Akard Street, Suite 3800 Dallas, Texas 75201
14766782 LIAZON CORPORATION PO BOX 8000 DEPARTMENT 428 Buffalo, NY 14267
14773912 LINEBARGER GOGGAN BLAIR & SAMPSON, LLP. P.O. Box 3604 Houston, TX 77253−3604
14766803 Laurel D. Roglen, Esq. BALLARD SPAHR LLP 919 N. Market Street, 11th Floor Wilmington, DE 19801
14766804 Leslie C. Heilman, Esq. BALLARD SPAHR LLP 919 N. Market Street, 11th Floor Wilmington, DE 19801
14766855 Limestone Sweet, LLC c/o Orion Investment & Management 200 S. Biscayne Blvd., 7th Fl. Miami, FL 33131
14766904 Lisa M. Peters, Esq. Kutak Rock LLP The Omaha Building 650 Farnam Street Omaha, NE 68102
14778489 MELISSA E. VALDEZ PERDUE BRANDON FIELDER COLLINS & MOTT,LL 1235 NORTH LOOP WEST, #600 HOUSTON, TX 77008
14768688 MICHAEL D. GOOD (SBN 176033) 3655 Torrance Blvd., Suite 300 Torrance, California 90503
14766941 Medosweet Farms, Inc., Eric S. Parker, CPA and Chief Financial Officer 10350 North Vancouver Way Portland, OR 97217−7530
14766939 Medosweet Farms, Inc., Eric S. Parker, CPA and Chief Financial Officer 220 NE Columbia Blvd., Portland, OR 97211
14766816 Michael D. Breslauer, Esq. Solomon Ward Seidenwurm & Smith, LLP 401 B Street, Suite 1200 San Diego, CA 92101
14766800 Michael I. Gottfried, Esq. Roye Zur, Esq. Elkins Kalt Weintraub etc 10345 W. Olympic Blvd. Los Angeles, CA 90064
14766947 Michael I. Gottfried, Esq., Elkins Kalt Weintraub, Reuben Gartside LLP 10345 West Olympic Boulevard Los Angeles, CA 90064
14766809 Michael L. Tuchin 1999 Avenue of the Stars, 39th Floor Los Angeles, California 90067
14817209 Michael R. Gibson, Esq. HIGGS FLETCHER & MACK, LLP gibsonr@higgslaw.com 401 West A Street, Suite 2600 San Diego, CA 92101
14766896 Oakwood Plaza Limited Partnership PO Box 5020 New Hyde Park , NY 11042
14766895 PLH Holdings, LLC, Series 1 Attn: Karen Hiser PO Box 2416 So. Portland ME, 04116
14766884 PRTC, L.P. Shapell Properties 1990 S. Bundy Dr. Ste. 500 Los Angeles CA, 900025
14766789 PepsiCo, Inc. PO Box 644943 Pittsburgh, PA 15264
14766865 Pleasant Hill Crescent Drive Investors LLC c/o Vestar Property Management 43440 Boscell Rd. Fremont CA, 94538
14766919 Power & Ray, LLC c/o Vestar Development Co. Attn: President 2425 East Camelback Rd., Ste. 750 Phoenix, AZ 85016
14766808 Procopio, Cory, Hargreaves & Savitch LLP 525 B Street, Suite 2200 San Diego, CA 92101
14798603 R. Jason Read, Esq. Bart M. Botta, Esq. Rynn & Janowsky, LLP 2603 Main Street, Suite 1250 Irvine, CA 92614
14766796 RAINDROP AGENCY INC 1501 INDIA ST STE. 103 PMB #113 San Diego, CA 92101
14766927 Robert A. Kutcher, Esq. KUTCHER TYGIER & LUMINAIS, LLP Two Lakeway Center, Suite 900 3850 North Causeway Boulevard Metairie, LA 70002
14766868 Robert C. Thorn, Esq. Business Real Estate Group 7676 Hazard Center Drive, Suite 900 San Diego, CA 92108

14769304 Roubin Associates, LLC, c/o Gabe P. Wright, Hahn Loeser & Parks LLP, 600 W. Broadway, Ste 1500 San Diego, CA 92101
14766915 Rountree Leitman & Klein LLC Benjamin Keck, Esq. Century Plaza I 2987 Clairmont Road, Suite 175 Atlanta, Georgia 30329
14766948 Roye Zur, Esq., Elkins Kalt Weintraub Reuben Gartside LLP 10345 West Olympic Boulevard Los Angeles, CA 90064
14766783 Ryder Truck Rental Inc. LockBox File 56347 Los Angeles, CA 90074
14766807 SHAPELL SO CAL RENTAL PROPERTIES LLC C/O Allan D. Sarver 16000 Ventura Blvd Suite 1000 Encino, CA 91436
14766784 SLM Waste and Recycling Services Inc. 5000 Commerce Drive Green Lane, PA 18054
14766818 STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 1328 RANCHO CORDOVA, CA 95741
14766790 San Diego Gas & Electric PO Box 2511 Santa Ana, CA 92799
14766894 Shapell Properties, Inc., Attn: Legal Dept. 1990 S. Bundy Dr., Ste. 500 Los Angeles, CA 90025
14766848 Shigenobu Kaku and Hikaru Kaku 3605 Long Beach Blvd., Ste. 220 Long Beach, CA 90807 60 South Market St. #1120 San Jose, CA 95113
14766797 Shoes for Crews, Inc. 1400 CENTREPARK BLVD #310 West Palm Beach, FL 33401
14766791 Southern California Edison PO Box 300 Rosemead, CA 91772
14766946 Sycamore Business Park, LLC c/o IDS Real Estate Group 2915 Red Hill Ave Ste. F200 Costa Mesa, CA 92626
14766834 The Price REIT, Inc. c/o Kimco Realty Corporation 3333 New Hyde Park Rd. Ste. 100 New Hyde Park, NY 11042
14766906 The Smith 1982 Trust and The Malashock 1981 Trust Attn: Joyce Pennington Smith 425 Sanibelle Circle #129 Chula Vista CA, 91910
14766798 Travelers 91287 Collections Center Drive c/o Bank of America Chicago, IL 60693
14766907 Vestar Best In The West Property LLC Attn: President 2425 E Camelback Rd., Ste. 750 Phoenix AZ, 85016
14766892 Vestar DRM−OPCO, L.L.C. 2425 East Camelback Rd. Ste. 750 Phoenix, AZ 85016
14766837 Waterhouse Investments, LLC Attn: Harlan Dismuke & Judith Dismuke 1650 Ala Moana Blvd #2701 Honolulu, HI, 96815
14766835 Weingarten Realty Investors PO Box 924133 Houston, TX 77292−4133
14766933 Weingarten Realty Investors PO Box 924133 Houston, TX 77292−4133
14766842 Westland Financial I, LLC Attn: David Mars PO Box 44033 St. Louis MO, 63144
14766821 Willie Itule Produce,Inc. Phoenix, AZ 85043
14766792 Willis Tower Watson 29982 Network Place Chicago, IL 60673
14766890 Yacoel Investments, LLC Attn: Yacoel Claude c/o Yacoel Properties I, LLC 2801 West Coast Hwy. Ste. 380 Newport Beach, CA 92663

TOTAL: 110