Christopher R. Barclay, CPA
Office of C. R. Barclay, CPA
451 A Street, Suite 650
San Diego, CA 92101
Telephone: (619) 255-1536
Email: cbarclay@oocrb.com

Accountant for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANTS, LLC,<br><br>Debtor. | Case No.: 20-02477-CL7<br><br>Chapter 7<br><br>**SUPPLEMENTAL FINAL APPLICATION OF ACCOUNTANT FOR CHAPTER 7 TRUSTEE FOR ALLOWANCE OF FEES AND COSTS AS A CHAPTER 7 ADMINISTRATIVE CLAIM; DECLARATION OF CHRISTOPHER R. BARCLAY, CPA**<br><br>Date: December 14, 2026<br>Time: 10:00 AM<br>Dept: One (Room 218)<br>Judge: Honorable Christopher B. Latham |

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE:**

Office of C. R. Barclay, CPA, ("OoCRB" or "Applicant") accountant for Leslie T. Gladstone, Chapter 7 Trustee of the bankruptcy estate ("Estate") of Garden Fresh Restaurants, LLC ("Debtor"), hereby respectfully submits this Supplemental Final Application for Allowance of Fees and Costs as a Chapter 7 Administrative Claim and applies for a court order allowing, on a

final basis, fees in the amount of $2,242.50 and reimbursement of costs incurred in the amount of $574.46 for professional accounting services rendered to the chapter 7 trustee. This Supplemental Final Application covers the period from March 19, 2025 to November 16, 2026.

**STATEMENT OF FACTS**

1. Debtor filed a voluntary Chapter 7 bankruptcy petition on May 14, 2020 (the "Petition Date"). Leslie T. Gladstone is the duly appointed, qualified and acting Chapter 7 Trustee for the Debtor's bankruptcy estate.

2. Ms. Gladstone investigated the Debtor's financial affairs and interests. Among other assets, Trustee administered Debtor's bank accounts, intellectual property, claims and other personal property. Before filing its voluntary petition for relief under Chapter 7 of the Bankruptcy Code, Debtor operated a national chain of quick serve, buffet-style restaurants and other commercial prepared food and kitchen operations.

3. Because Debtor is a limited liability company, Trustee is required to file annual state Limited Liability Company Return of Income for the bankruptcy estate, without regard to whether, or not, the Debtor has income or operations.

4. Accordingly, Trustee filed an application pursuant to 11 U.S.C. § 327 to retain OoCRB as her accountant to provide requisite accounting services and to prepare tax returns on behalf of the Estate. Docket # 320 & 386.

5. The Court entered an order approving Trustee's employment of OoCRB and the effective date of OoCRB's employment is May 20, 2020. Docket # 388.

**PRIOR INTERIM APPLICATIONS AND PAYMENTS**

6. Applicant filed a First Interim Application for the period from May 20, 2020, through September 30, 2020. During that period Applicant devoted 22.80 hours to this matter and provided Trustee a variety of tax and accounting services. Applicant requested interim allowance of fees in the amount of $7,866.00 for those services. Attached hereto at Exhibit A, page 7, is a summary of Applicant's time and fees for the First Interim period. The Court approved the fees on

an interim basis and authorized payment in full. Thereafter, Trustee paid Applicant's First Interim award in full.

7. Applicant filed a Second Interim Application for the period from October 1, 2020, through March 31, 2021. During that period, Applicant devoted 42.80 hours to this matter and provided Trustee a variety of tax and accounting services. Applicant requested interim allowance of fees in the amount of $14,766.00 for those service and costs incurred in the amount of $65.90. Attached hereto at Exhibit A, page 6, is a summary of Applicant's time and fees for the Second Interim period. The Court approved the fees and costs incurred on an interim basis and authorized payment in full. Thereafter, Trustee paid Applicant's Second Interim award in full.

8. Applicant filed a Third Interim Application for the period from April 1, 2021, through September 15, 2022. During that period, Applicant devoted 90.30 hours to this matter and provided Trustee a variety of tax and accounting services. Applicant requested interim allowance of fees in the amount of $31,153.50 for those services and costs incurred in the amount of $532.53. Attached hereto at Exhibit A, page 5, is a summary of Applicant's time and fees for the Third Interim period. The Court approved the fees and costs incurred on an interim basis and authorized payment in full. Thereafter, Trustee paid Applicant's Third Interim award in full.

9. Applicant filed a Fourth Interim Application for the period from September 16, 2022, through October 16, 2023. During that period, Applicant devoted 22.80 hours to this matter and provided Trustee a variety of tax and accounting services. Applicant requested interim allowance of fees in the amount of $11,212.50 for those services and costs incurred in the amount of $648.10. Attached hereto at Exhibit A, page 4, is a summary of Applicant's time and fees for the Fourth Interim period. The Court approved the fees and costs incurred on an interim basis and authorized payment in full. Thereafter, Trustee paid Applicant's Fourth Interim award in full.

10. Applicant filed a Fifth and Final Application for the period from October 17, 2023 to June 10, 2024. During that period, Applicant devoted 5.00 hours to this matter and provided Trustee a variety of tax and accounting services. Applicant requested interim allowance of fees in the amount of $1,470.50 for those services and costs incurred in the amount of $364.11. Attached hereto at Exhibit A, page 3, is a summary of Applicant's time and fees for the Fifth and Final

period. The Court approved the fees and costs incurred on an interim basis and authorized payment in full. Thereafter, Trustee paid Applicant's Fifth and Final award in full.

11. Applicant's Fifth and Final Application included an "up to" award for supplemental fees and costs incurred in connection with supporting Trustee's case closing activities. Applicant submitted a supplemental invoice for all such services rendered during the period from June 11, 2024 to March 18, 2025. Applicant received payment in the full amount of the "up to" award, or, $10,000.00. Attached hereto as Exhibit B is a copy of Applicant's supplemental invoice for services rendered from June 11, 2024 to March 18, 2025.

**SERVICES PERFORMED**

12. During time period covered by this Fifth and Final Application, OoCRB investigated the Debtor's financial affairs and tax attributes and also provided Trustee accounting services in support of her efforts to administer estate property and comply with her statutory duties under the Bankruptcy Code.

13. During the Second Application period, OoCRB devoted 15.10 hours in support of Debtor's annual state Limited Liability Return filings for 2020 by its legacy owner and 1.80 hours in support of Debtor's annual state Limited Liability Return filings for 2020 by its new owner.

14. During the Third Application Period, OoCRB devoted 16.40 hours in support of Debtor's annual state Limited Liability Return filings for 2020 by its legacy owner, 6.50 hours preparing Debtor's annual state Limited Liability Return short-year filing for 2020 by its new owner, and 2.80 hours preparing Debtor's annual state Limited Liability Return filing for 2021.

15. During the Fourth Interim Period, OoCRB devoted 0.50 hours toward completing preparation of Debtor's annual state Limited Liability Return filing for 2021. OoCRB also devoted 6.30 hours to preparation of Debtor's annual state Limited Liability Return filing for 2022. These services included preparation of the estate's requests for prompt assessment of taxes, estimated tax payment vouchers for calendar year 2023 and assistance provided to Trustee pertaining to the Notice of Intended Action filed for requisite prior Court approval of the estate's tax payments for 2022 and estimated tax payment for calendar year 2023.

16. During the Fifth and Final Application period, OoCRB devoted 0.50 hours toward completing preparation of Debtor's annual state Limited Liability Return filing for 2023. OoCRB also assisted Trustee with preparation and filing of required information tax returns (Forms 1099) for 2023 relating to payments for personal services, etc. OoCRB accumulated data from Trustee's records and coordinated the filing of the information returns with an outside information return processor. OoCRB devoted 0.70 hour to these services in the Fifth and Final Application period. Finally, during this period, Applicant devoted 2.50 hours to the preparation of its Fifth and Final Fee Application.

17. During the period from June 11, 2024 to March 18, 2025, Applicant prepared the Debtor's annual state Limited Liability Return (Form 568) filings for calendar years 2023 and 2024. Applicant also assisted Trustee with reporting all employee wage payments, included in her final distribution to unsecured creditors, to applicable federal and multi-state payroll tax agencies and preparation of annual Forms W-2 and related annual employer payroll tax returns and other information return filings. This work involved computations of wage payments, tax withholdings, and employer tax payments, including required unemployment insurance contributions. Applicant also coordinated efforts to obtain requisite eFiling privileges across multiple state payroll agencies, to comply with mandatory efiling requirements. During the period covered by Applicant's supplemental invoice, Applicant devoted 27.50 hours to these services and its billings and the hourly rates applicable to this case totaled $9,487.50.

18. During the period covered by this Supplemental Final Application, Applicant prepared the Debtor's annual state Limited Liability Return (Form 568) filing for calendar year 2025. Applicant also worked with Trustee and her staff to resolve questions with the Franchise Tax Board regarding its post-petition, administrative tax claim and application of Trustee's payments related thereto. Applicant devoted 6.50 hours to these services and requests supplemental final fees in the amount of $2,242.50 for such services.

19. Attached hereto as Exhibit A, pages 1 to 2, is Form CSD1143, which provides a summary of OoCRB's hours and fees by task for the Supplemental Final Application period. Attached hereto as Exhibit C are OoCRB's detailed time and cost records pertaining to this matter.

20. During the period covered by OoCRB's Supplemental Final Application, OoCRB has or will incur costs totaling $574.46 for which it seeks reimbursement. The costs include actual tax software processing charges of $140.00; actual PACER document access and retrieval costs ($10.10); annual information return (2025 & 2026) processing costs $400.00; and actual postage costs of $24.36.

21. Below is a summary of the hours and fees for the period covered by this Supplemental Final Application, based on the foregoing discussion:

| | Hours | Fees |
|---|---|---|
| a. Accounting services ` | 0.50 | $172.50 |
| b. Tax issues – research/resolve | 1.30 | $448.50 |
| c. 2025 Annual LLC tax returns – tax compliance | 2.00 | $690.00 |
| d. 2025 information returns – tax compliance | 1.00 | $345.00 |
| e. Administrative/Fee Application | 1.70 | $586.50 |
| | 6.50 | $2,242.50 |

22. Below is a summary of the hours and fees by professional:

| | |
|---|---|
| Professional: | Christopher R. Barclay |
| Total Hours: | 6.50 |
| Hourly Rate: | $345 |

23. Applicant's services were effective in enabling the Chapter 7 trustee to fulfill her statutory duty to file tax returns and promptly administer this bankruptcy estate. Applicant's services have enabled the Chapter 7 trustee to administer the Estate expeditiously and to also timely comply with her statutory duties under the Bankruptcy Code.

/////

/////

/////

/////

**CONCLUSION**

24. This supplemental final application is made pursuant to 11 U.S.C. § 331. Applicant is entitled to compensation as an administrative expense claimant, for necessary and beneficial services rendered to the Chapter 7 trustee. The professional fees requested by Applicant in the period covered by this final application total $2,242.50 and its costs total $574.46. Applicant believes that it should be allowed an additional administrative claim and final compensation in the full amount of $2,816.96.

25. **WHEREFORE**, Applicant prays that this Court enter an order:

a. Approving its fees and costs on a final basis and authorizing payment of the fees requested and reimbursement of the costs incurred, in the combined amount of $2,816.96, for the period covered by this Supplemental Final Application;

b. Authorize that said amount may be paid and at such time in the discretion of Chapter 7 trustee;

c. Approval and allowance on a final basis of all of Applicant's prior interim awards for fees and costs;

d. And, for such other and further relief as the Court deems proper.

DATE: November 12, 2026

/s/ Christopher R. Barclay

Christopher R. Barclay

**DECLARATION OF CHRISTOPHER R. BARCLAY**

I, Christopher R. Barclay, declare as follows:

1. I am the person at OoCRB principally responsible for the services rendered to the chapter 7 trustee in this matter.

2. Trustee filed an application for an order approving Trustee's employment of OoCRB. See Docket # 320 & 386.

3. On July 1, 2020, the Court entered an order authorizing Trustee's employment of OoCRB. See Docket # 388.

4. I assisted Trustee in her investigation of Debtor's financial affairs and accounting and tax practices, historical reports and required reports in connection with administration of this large chapter 7 estate.

5. Effective July 1, 2025 my standard hourly rate is $435. However, I have honored my historic hourly rate ($345) for this matter.

6. I believe that the fees charged and costs incurred for the services performed by OoCRB in connection with this matter are most reasonable.

7. During the period covered by OoCRB's Supplemental Final Application, OoCRB has or will incur costs totaling $574.46 for which it seeks reimbursement. The costs include actual tax software processing charges of $140.00; PACER document access and retrieval charges equal to $10.10; actual annual information return processing costs $400.00; and postage costs of $24.36.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon I could and would testify thereto. Executed this 12th day of November 2026 in the City of San Diego, California.

/s/ Christopher R. Barclay
Christopher R. Barclay, CPA

# EXHIBIT "A"

EXHIBIT "A"

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LT7

DATE PETITION FILED: May 14, 2020

**FEE APPLICATION SUMMARY**

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | [6th] Supplemental Final ~~INTERIM~~ PERIOD 03/19/2025 TO 11/16/2026 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Tax Returns - 2025 | 2.00 | $690.00 |
| Tax Returns - 2025 Information Returns | 1.00 | $345.00 |
| Tax Issues - research/resolve | 1.30 | $448.50 |
| Accounting | 0.50 | $172.50 |
| Administrative/Fee Application | 1.70 | $586.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 6.50 | $2,242.50 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1] See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

**REPRINTED FROM THE U.S. TRUSTEE'S *GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES* DATED 1/30/96**

*Here is a list of suggested project categories for use in most bankruptcy cases Only one category should be used for a given activity. Professionals should make their best effort to be consistent in their use of categories, whether within a particular firm or by different firms working on the same case. It would be appropriate for all professionals to discuss the categories in advance and agree generally on how activities will be categorized. The application may contain additional categories as the case requires. They are generally more applicable to attorneys in chapter 7 and chapter 11, but may be used by all professionals as appropriate.*

ASSET ANALYSIS & RECOVERY: Identification and review of potential assets including causes of action and non-litigation recoveries.

ASSET DISPOSITION: Sales, leases (§ 365 matters), abandonment and related transaction work.

BUSINESS OPERATIONS: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems.

CASE ADMINISTRATION: Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries.

CLAIMS ADMINISTRATION & OBJECTIONS: Specific claim inquiries; bar date motions; analysis, objections and allowance of claims.

EMPLOYEE BENEFITS/PENSIONS: Review issues such as severance, retention, 401K coverage and continuance of pension plan.

FEE/EMPLOYMENT APPLICATIONS: Preparations of employment and fee applications for self or others; motions to establish interim procedures.

FEE/EMPLOYMENT OBJECTIONS: Review of and objections to the employment and fee applications of others.

FINANCING: Matters under § § 361, 363 and 364 including cash collateral and secured claims; loan document analysis.

LITIGATION: There should be a separate category established for each matter (e.g., XYZ Litigation).

MEETINGS OF CREDITORS: Preparing for and attending the conference of creditors, the § 341(a) meeting and other creditors' committee meetings.

PLAN & DISCLOSURE STATEMENT: Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.

RELIEF FROM STAY PROCEEDINGS: Matters relating to termination or continuation of automatic stay under § 362.

*The following categories are generally more applicable to accountants and financial advisors, but may be used by all professionals as appropriate.*

ACCOUNTING/AUDITING: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

BUSINESS ANALYSIS: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies.

CORPORATE FINANCE: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries.

DATA ANALYSIS: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc.

LITIGATION CONSULTING: Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc.

RECONSTRUCTION ACCOUNTING: Reconstructing books and records from past transactions and bringing accounting current.

TAX ISSUES: Analysis of tax issues and preparation of state and federal tax returns.

VALUATION: Appraise or review of appraisals of assets.

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LT7

DATE PETITION FILED: May 14, 2020

**FEE APPLICATION SUMMARY**

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | 5th ~~INTERIM~~ & Final PERIOD 10/17/2023 TO 6/10/2024 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Tax Returns - 2023 | 1.00 | $345.00 |
| Tax Returns - 2023 Information Returns | 0.70 | $241.50 |
| Accounting | 0.80 | $259.00 |
| Administrative/Fee Application | 2.50 | $625.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 5.00 | $1,470.50 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LA7

DATE PETITION FILED: May 14, 2020

## FEE APPLICATION SUMMARY

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | 4th INTERIM PERIOD 9/16/2022 TO 10/16/2023 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Records request - new LLC owner | 2.10 | $724.50 |
| Compliance with OIG records subpoena | 12.80 | $4,416.00 |
| Tax Returns - 2021 | 0.50 | $172.50 |
| Tax Returns - 2022 | 6.30 | $2,173.50 |
| Tax Returns - 2022 Information Returns | 1.00 | $345.00 |
| Accounting | 7.30 | $2,518.50 |
| Administrative/Fee Application | 2.50 | $862.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 32.50 | $11,212.50 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LA7

DATE PETITION FILED: May 14, 2020

## FEE APPLICATION SUMMARY

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | 3rd INTERIM PERIOD 4/1/2021 TO 9/15/2022 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Mandatory Government Compliance Reporting | 8.00 | $2,760.00 |
| ERISA Compliance Issues re Retirement Plan | 0.20 | $69.00 |
| Tax Returns - Legacy Owner - 2020 | 29.90 | $10,315.50 |
| Tax Returns - New Owner - 2020/2021 | 9.30 | $3,208.50 |
| Tax Returns - 2021 Information Returns | 2.20 | $759.00 |
| Tax Compliance - Payroll/Other Returns | 4.00 | $1,380.00 |
| Accounting | 23.70 | $8,176.50 |
| Administrative/Fee Application | 13.00 | $4,485.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 90.30 | $31,153.50 |

NOTE: Attach all fee application summaries for prior interim hearings.

---

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LA7

DATE PETITION FILED: May 14, 2020

## FEE APPLICATION SUMMARY

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | 2nd INTERIM PERIOD 10/1/2020 TO 3/31/2021 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Investigation | 0.30 | $103.50 |
| ERISA Compliance Issues re Retirement Plan | 0.40 | $138.00 |
| Tax Returns - Legacy Owner - 2020 | 15.10 | $5,209.50 |
| Tax Returns - New Owner - 2020 | 1.80 | $621.00 |
| Tax Returns - 2020 Information Returns | 11.10 | $3,829.50 |
| Tax Compliance - Payroll/Other Returns | 1.70 | $586.50 |
| Accounting | 6.80 | $2,346.00 |
| Administrative/Fee Application | 5.60 | $1,932.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 42.80 | $14,766.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Garden Fresh Restaurants, LLC
CASE NO.: 20-02477-LA7

DATE PETITION FILED: May 14, 2020

**FEE APPLICATION SUMMARY**

APPLICANT: Office of C. R. Barclay, CPA, REPRESENTING Accountant for Chapter 7 Trustee

ORDER APPROVING EMPLOYMENT: July 1, 2020; DI #388

| CATEGORIES[1] | First INTERIM PERIOD 5/20/2020 TO 09/30/2020 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Accounting Reconstruction/Investigation | 2.70 | $931.50 |
| ERISA Compliance Issues re Retirement Plan | 2.50 | $862.50 |
| Tax Returns & Tax Notices | 2.80 | $966.00 |
| Investigate tax credit eligibility/related issues | 14.80 | $5,106.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 22.80 | $7,866.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

# EXHIBIT “B”

EXHIBIT “B”

**In re Garden Fresh Restaurants, LLC, USBC Case No. 20-02477-CL7**
**Detailed Time Records and Out-of-Pocket Expenses - Supplemental Invoice**
**June 11, 2024 to March 18, 2025**

| Date | Time/Fees: | Hours | Rate | Fees |
|---|---|---|---|---|
| 7.3.2024 | Research bankruptcy estate liability for nonresident member tax liability and interplay of bankruptcy code section 346(h) and prepare memo regarding same for Trustee Gladstone | 2.70 | $345 | $931.50 |
| 9.12.2024 | Prepare accounting for 2023 CA Form 568 | 2.60 | $345 | $897.00 |
| 9.12.2024 | Draft 2023 CA Form 568 | 2.00 | $345 | $690.00 |
| 9.12.2024 | Draft FTB waiver of eFiling requirement for 2023 Form 568 | 0.30 | $345 | $103.50 |
| 9.12.2024 | Email Garden Fresh single member regarding 2023 draft returns and underlying accounting data | 0.30 | $345 | $103.50 |
| 9.25.2024 | Follow-on email to Garden Fresh single member regarding 2023 draft returns and underlying accounting data | 0.70 | $345 | $241.50 |
| 9.25.2024 | Review and respond to email from Trustee's assistant regarding wage claims to be paid through final report | 0.10 | $345 | $34.50 |
| 9.26.2024 | Call with trustee's assistant regarding wage claim payments and payroll tax reporting implications. | 0.10 | $345 | $34.50 |
| 10.5.2024 | Finalize 2023 California Form 568 and 505(b) request | 0.30 | $345 | $103.50 |
| 10.10.2024 | Review and respond to emails from Trustee's assistant regarding wage distribution and payroll tax withholding and reporting (0.30); review case files for account data (0.50). | 0.80 | $345 | $276.00 |
| 11.19.2024 | Work on wage claim project and related payroll tax reporting | 0.50 | $345 | $172.50 |
| 12.4.2024 | Work on wage claim project and related payroll tax reporting | 0.70 | $345 | $241.50 |

**In re Garden Fresh Restaurants, LLC, USBC Case No. 20-02477-CL7**
**Detailed Time Records and Out-of-Pocket Expenses - Supplemental Invoice**
**June 11, 2024 to March 18, 2025**

| Date | Time/Fees: | Hours | Rate | Fees |
|---|---|---|---|---|
| 12.20.2024 | Work on wage claim project and related payroll tax reporting | 1.00 | $345 | $345.00 |
| 12.26.2024 | Email EDD representative regarding SUI rate and account number | 0.30 | $345 | $103.50 |
| 12.26.2024 | Prepare wage report and instructions for Trustee regarding net pay amounts and payroll tax deposits. | 2.50 | $345 | $862.50 |
| 12.31.2024 | Work with MFCCPA regarding wage reporting and confirmation of UI payments (IRS) | 0.60 | $345 | $207.00 |
| 1.17.2025 | Calls and emails to Florida Department of Revenue regarding wage reporting and UI rate | 1.80 | $345 | $621.00 |
| 1.24.2025 | Confirm FL UI rate and reporting address for returns being prepare by payroll service provider | 0.60 | $345 | $207.00 |
| 1.28.2025 | Work on 2024 1099 report | 2.00 | $345 | $690.00 |
| 1.28.2025 | Provide Trustee quarterly payroll tax returns and filing instructions | 1.60 | $345 | $552.00 |
| 2.28.2025 | Review email from Trustee's assistant and file regarding correction needed for single W-2 | 0.20 | $345 | $69.00 |
| 3.3.2025 | Email to payroll service provider regarding regarding correction needed for single W-2 | 0.20 | $345 | $69.00 |
| 3.10.2025 | Review email from former employee regarding W-2C | 0.20 | $345 | $69.00 |
| 3.12.2025 | Prepare accounting for 2024 CA Form 568 | 1.90 | $345 | $655.50 |
| 3.12.2025 | Draft 2024 CA Form 568 | 1.80 | $345 | $621.00 |
| 3.12.2025 | Draft FTB waiver of eFiling requirement | 0.30 | $345 | $103.50 |
| 3.12.2025 | Email Garden Fresh single member regarding 2024 draft returns and underlying accounting data | 0.30 | $345 | $103.50 |

**In re Garden Fresh Restaurants, LLC, USBC Case No. 20-02477-CL7**
**Detailed Time Records and Out-of-Pocket Expenses - Supplemental Invoice**
**June 11, 2024 to March 18, 2025**

| Date | Time/Fees: | Hours | Rate | Fees |
|---|---|---|---|---|
| 3.14.2025 | Finalize 2024 California Form 568 and 505(b) request | 0.90 | $345 | $310.50 |
| 3.14.2025 | Meet with Trustee Gladstone to review & sign 2024 Form 568 | 0.20 | $345 | $69.00 |
| | | **27.50** | | **$9,487.50** |

| Costs: | |
|---|---|
| PACER document retrieval costs | $8.90 |
| 1099 Information returns processing (@actual cost) | $200.00 |
| Payroll service provider fees for payroll reporting | $850.00 |
| Tax software processing fee (@actual cost) | $257.00 |
| Postage | $19.90 |
| **Total Costs** | **$1,335.80** |

# EXHIBIT "C"

EXHIBIT "C"

**In re Garden Fresh Restaurants, LLC, USBC Case No. 20-02477-CL7**
**Detailed Time Records and Out-of-Pocket Expenses - Supplemental Final Application**
**March 19, 2025 to November 16, 2026**

| Date | Time/Fees: | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4.21.2025 | Email Trustee regarding questions about case closing, final tax returns and minimum tax payments | CRB | 0.20 | $345 | $69.00 |
| 8.24.2025 | Email Trustee regarding questions about case closing, final tax returns and minimum tax payments | CRB | 0.10 | $345 | $34.50 |
| 1.28.2026 | Prepare report regarding 2025 information returns for filing | CRB | 1.00 | $345 | $345.00 |
| 3.18.2026 | Reply to trustee office email regarding IRS refund | CRB | 0.10 | $345 | $34.50 |
| 4.14.2026 | Email trustee office regarding updated Form 2 for use in preparing 2025 tax return | CRB | 0.10 | $345 | $34.50 |
| 4.15.2026 | Email trustee office regarding 2025 tax return and plan to contact FTB regarding tax payments for administrative claim | CRB | 0.10 | $345 | $34.50 |
| 6.10.2026 | Call with FTB regarding post-petition returns and payments made | CRB | 0.30 | $345 | $103.50 |
| 6.10.2026 | Email trustee regarding FTB accounting for tax payments made regarding tax payments for administrative claim | CRB | 0.20 | $345 | $69.00 |
| 6.10.2026 | Follow-up email to FTB regarding post-petition returns and payments made by trustee | CRB | 0.10 | $345 | $34.50 |
| 8.6.2026 | Call and email to FTB regarding status of payment postings to admin claim account | CRB | 0.20 | $345 | $69.00 |
| 8.24.2026 | Call to FTB regarding status of payment postings to admin claim and accountand email to trustee regarding same | CRB | 0.40 | $345 | $138.00 |
| 9.10.2026 | Review file and prepare 2025 Form 568 | CRB | 1.20 | $345 | $414.00 |
| 9.11.2026 | Finalize 2025 California Form 568 and 505(b) request for filing by trustee | CRB | 0.80 | $345 | $276.00 |

**In re Garden Fresh Restaurants, LLC, USBC Case No. 20-02477-CL7**
**Detailed Time Records and Out-of-Pocket Expenses - Supplemental Final Application**
**March 19, 2025 to November 16, 2026**

| Date | Time/Fees: | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 11.11.2026 | Prepare Supplemental fee application | CRB | 1.70 | $345 | $586.50 |
| | | | **6.50** | | **$2,242.50** |

| Costs: | |
|---|---|
| PACER document retrieval costs | $10.10 |
| 1099 Information returns processing (@actual cost) | $400.00 |
| Tax software processing fee (@actual cost) | $140.00 |
| Postage | $24.36 |
| **Total Costs** | **$574.46** |